UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., on behalf of itself and others similarly situated, | |
| Plaintiff, | CASE NO. 2:09-CV-00852-LA |
| vs. | |
| Jui Li Enterprise Company, Ltd., et al., | |
| Defendants. | |
| Vehimax International, LLC, on behalf of itself and others similarly situated, | |
| Plaintiff, | CASE NO. 2:10-CV-00224-LA |
| vs. | |
| Jui Li Enterprise Company, Ltd., et al., | |
| Defendants. | |

**DEFENDANTS' JOINT MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
AND MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Auto Parts Industrial, Ltd., TYG Products, LP, Cornerstone Auto Parts, LLC, Gordon Auto Body Parts, and TKY Industrial Co. Ltd. (collectively, the "Defendants"), by and through their respective attorneys, move to dismiss First Amended Complaint ("FAC") of Fond Du Lac Bumper Exchange, Inc. and Vehimax International, LLC (collectively, "Plaintiffs"), pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c). In support of the foregoing motion, Defendants state as follows:

1.  The allegations in the First Amended Complaint fail adequately to set forth direct evidence of the alleged conspiracy, allegedly in violation of Section 1 of the Sherman Act, 15

U.S.C. §1, as required by Rules 8 and 12 of the Federal Rules of Civil Procedure, and the standards set forth by the United States Supreme Court in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009).

2. Plaintiffs have also failed to plead facts sufficient to permit the Court to infer the existence of a conspiracy in violation of Section 1.

3. Plaintiffs' claims based upon sales prior to September 3, 2005 are barred by the applicable statute of limitations, 15 U.S.C. §15b.

WHEREFORE, Defendants respectfully request:

A. That the Court dismiss the First Amended Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c); and

B. In the alternative, to the extent that the Court does not dismiss the First Amended Complaint in its entirety, that the Court dismiss all claims based on sales prior to September 3, 2005.[1]

---

[1] Defendants have also submitted a Motion to Dismiss for Lack of Subject Matter Jurisdiction, pursuant to the Foreign Trade Antitrust Improvements Act (the "FTAIA"), 15 U.S.C. § 6a. This filing order was necessitated by Fed. R. Civ. P. 12(g)(2). Defendants submit, however, that the Motion to Dismiss for Lack of Subject Matter Jurisdiction should be decided first, as it raises a fundamental threshold issue regarding the Court's subject matter jurisdiction. Should the Court agree that Plaintiffs have not satisfied their burden of establishing subject matter jurisdiction, the Court need not consider this Motion, which demonstrates that the First Amended Complaint fails to state an antitrust claim. Courts have generally considered challenges to subject matter jurisdiction, pursuant to the FTAIA, prior to considering the merits of antitrust claims. *See, e.g., Animal Science Products, Inc. v. China National Metals & Minerals Import and Export Corporation*, 2010 WL 1324918, at *33 (D.N.J. April 1, 2010) (*Animal Science II*) (Exh. G to Motion to Dismiss for Lack of Subject Matter Jurisdiction) ("[T]he Sherman Act test would be addressed only if subject matter jurisdiction over this matter is established.").

Respectfully submitted,

Date: May 11, 2010

By:   s/ Howard B. Iwrey
Howard B. Iwrey (MI P39635)
DYKEMA GOSSETT PLLC
Suite 300
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
Email: hiwrey@dykema.com
Attorneys for Auto Parts Industrial, Ltd. and
Cornerstone Auto Parts, LLC

By:   s/Mark A. Cameli
Mark A. Cameli (Bar No. 1012040)
Joseph W. Voiland (Bar No. 1041512)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Phone: 414-298-8155
Fax: 414-298-8097
Email: mcameli@reinhartlaw.com
Attorneys for Taiwan Kai Yih Industrial Co.
Ltd. and TYG Products, L.P.

By:   s/ Robert M. Kalec
Robert M. Kalec
Dean & Fulkerson, P.C.
801 W. Big Beaver Rd, Ste 500
Troy, Michigan 48084
Phone: 248-362-1300
Fax: 248-362-1358
Email: rkalec@dflaw.com
Attorneys for Taiwan Kai Yih Industrial Co. Ltd.
and TYG Products, L.P.

By:   s/J. Ric Gass
J. Ric Gass (Bar No. 1011998)
Gass Weber Mullins LLC
309 N Water Steet, Suite 700
Milwaukee, WI 53202-5769
Phone: 414-224-7697
Fax: 414-224-6116
Email: gass@gasswebermullins.com

By:   s/ Timothy L. Skelton
Timothy L. Skelton
Ropers Majeski Kohn & Bentley PC
515 South Flower Street, Suite 1100
Los Angeles • CA 90071-2213
Phone: 213-312-2000
Fax: 213-312-2001
Email: tskelton@rmkb.com
Attorney for Gordon Auto Body Parts

Todd A. Roberts
Ropers Majeski Kohn & Bentley PC
1001 Marshall Street, Suite 300
Redwood City • CA 94063-2052
Phone: 650-364-8200
Fax: 650-780-1701
Email: troberts@rmkb.com
Attorney for Gordon Auto Body Parts

\