UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., on behalf of itself and others similarly situated, | |
| Plaintiff, | CASE NO. 2:09-CV-00852-LA |
| vs. | |
| Jui Li Enterprise Company, Ltd., et al., | |
| Defendants. | |
| Vehimax International, LLC, on behalf of itself and others similarly situated, | |
| Plaintiff, | CASE NO. 2:10-CV-00224-LA |
| vs. | |
| Jui Li Enterprise Company, Ltd., et al., | |
| Defendants. | |

### DEFENDANTS' JOINT MOTION TO DISMISS
### FOR LACK OF SUBJECT MATTER JURISDICTION

Defendants Taiwan Kai Yih Industrial Co. Ltd, Cornerstone Auto Parts, LLC, Gordon Auto Body Parts, Auto Parts Industrial, Ltd., and TYG Products, L.P. (collectively the "Defendants"), by and through their respective attorneys, move to dismiss First Amended Complaint of Fond du Lac Bumper Exchange, Inc. and Vehimax International, LLC (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 12(b)(1) and 15 U.S.C. § 6a. This Court lacks the requisite subject matter jurisdiction to hear this dispute, and thus the FAC must be dismissed in its entirety.

In this action, Plaintiffs and a putative class, purchasers of aftermarket sheet metal aftermarket repair parts for automobiles ("AM Sheet Metal"), seek to address alleged unlawful conspiracies that they claim were entered into in violation of Section 1 of the Sherman Act, 15 U.S.C. §1. Yet this case involves conduct and effects occurring outside the subject matter jurisdiction of the United States courts. As set forth in the First Amended Complaint, the purported acts occurred solely in Taiwan, by Taiwanese entities.

Plaintiffs cannot demonstrate with competent proof that subject matter jurisdiction exists.

Pursuant to the Foreign Trade Antitrust Improvements Act (the "FTAIA"), 15 U.S.C. § 6a, U.S. Courts are *expressly divested* of subject matter jurisdiction over conduct that involves non-import foreign trade or commerce – the precise conduct alleged in the First Amended Complaint.

Further, Plaintiffs' claims do not fall within any exception to the FTAIA.

Plaintiffs' attempt to impose U.S. antitrust laws onto Taiwanese commerce is improper and contrary to the FTAIA.

WHEREFORE, Defendants respectfully request that the Court dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 15 U.S.C. § 6a.

|  |  |
|---|---|
| Date: May 11, 2010 | Respectfully submitted,<br><br>By: \_\_s/ Howard B. Iwrey_____<br>Howard B. Iwrey (MI P39635)<br>DYKEMA GOSSETT PLLC<br>Suite 300<br>39577 Woodward Avenue<br>Bloomfield Hills, Michigan 48304<br>Telephone: 248-203-0526<br>Facsimile: 248-203-0763<br>Email: hiwrey@dykema.com<br>Attorneys for Auto Parts Industrial, Ltd. and Cornerstone Auto Parts, LLC |
| By: \_\_s/Mark A. Cameli_____<br>Mark A. Cameli (Bar No. 1012040)<br>Joseph W. Voiland (Bar No. 1041512)<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202<br>Phone: 414-298-8155<br>Fax: 414-298-8097<br>Email: mcameli@reinhartlaw.com<br>Attorneys for Taiwan Kai Yih Industrial Co. Ltd. and TYG Products, L.P. | By: \_\_s/ Robert M. Kalec_____<br>Robert M. Kalec<br>Dean & Fulkerson, P.C.<br>801 W. Big Beaver Rd, Ste 500<br>Troy, Michigan 48084<br>Phone: 248-362-1300<br>Fax: 248-362-1358<br>Email: rkalec@dflaw.com<br>Attorneys for Taiwan Kai Yih Industrial Co. Ltd. and TYG Products, L.P. |
| By: \_\_s/J. Ric Gass_____<br>J. Ric Gass (Bar No. 1011998)<br>Gass Weber Mullins LLC<br>309 N Water Steet, Suite 700<br>Milwaukee, WI 53202-5769<br>Phone: 414-224-7697<br>Fax: 414-224-6116<br>Email: gass@gasswebermullins.com | By: \_\_s/ Timothy L. Skelton_____<br>Timothy L. Skelton<br>Ropers Majeski Kohn & Bentley PC<br>515 South Flower Street, Suite 1100<br>Los Angeles • CA • 90071-2213<br>Phone: 213-312-2000<br>Fax: 213-312-2001<br>Email: tskelton@rmkb.com<br>Attorney for Gordon Auto Body Parts<br><br>Todd A. Roberts<br>Ropers Majeski Kohn & Bentley PC<br>1001 Marshall Street, Suite 300<br>Redwood City • CA • 94063-2052<br>Phone: 650-364-8200<br>Fax: 650-780-1701<br>Email: troberts@rmkb.com<br>Attorney for Gordon Auto Body Parts |