| | | |
|---|---|---|
| Fond du Lac Bumper Exchange, Inc., on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:09-CV-00852-LA |
| vs. | ) ) ) | |
| Jui Li Enterprise Company, Ltd., *et al.*, | ) ) | Consolidated with: |
| Defendants. | ) ) ) | |
| Vehimax International, LLC, | ) ) ) | Case No. 2:10-CV-00224-LA |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| Jui Li Enterprises Company, Ltd., *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |
| Arkansas Transit Homes, Inc., *et al.*, | ) ) ) | Case No. 2:11-CV-00162-LA |
| Plaintiffs, | ) ) | Case No. 2:11-CV-01101-LA |
| vs. | ) ) ) | |
| Auto Parts Industrial, Ltd., *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER REGARDING FILING AND SERVICE OF INDIRECT-PURCHASER PLAINTIFFS' SECOND-AMENDED COMPLAINT, TIMING OF DEFENDANTS' <u>ANSWERS OR RESPONSES AND ASSOCIATED MATTERS</u>**

BASED UPON A REVIEW OF THE RECORD IN THIS CASE AND UPON THE STIPULATION OF THE PARTIES DATED AUGUST 19, 2011,

**IT IS ORDERED THAT:**

1. Indirect Purchaser Plaintiffs may file a Second Amended Complaint;

2. Defendants will individually accept service of Indirect Purchaser Plaintiffs' Second Amended Complaint by alternative means through service upon each Defendant's counsel of record in the case entitled *Fond du Lac Bumper Exchange, Inc. v. Jui Li Enterprise Company Ltd.* (Case No. 09-cv-00852-LA) – service to be deemed accomplished upon the filing of the Indirect Purchaser Plaintiffs' Second Amended Complaint through the Court's ECF system;

3. Defendants shall have 120 days from the filing of the Indirect Purchaser Plaintiffs' Second Amended Complaint, to and including December 2, 2011, to answer, move or otherwise respond;

4. Any Rule 12 motion(s) filed by Defendants shall be as a single Joint Motion with a 50 page limit for the brief in support, Indirect Purchaser Plaintiffs' shall have 45 days from the filing of any such motion in which to file a Response, with a 50 page limit for the response brief; Defendants shall have 30 days from the filing of the Response in which to file a Reply, with a 25 page limit for the reply brief; and

5. Except for any third-party depositions relating to proving pass-on, Indirect Purchaser Plaintiffs will share the number of depositions allotted to Direct Purchaser Plaintiffs and will be subject to the allocated limits for depositions as to number and time; e.g., deponent may be deposed by Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs jointly only one time, and they must divide the 7 hour deposition time between themselves.

**SO ORDERED**.

8/22/11   /s_____
**Hon. Lynn Adelman**
**United States District Court Judge**