# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**FOND DU LAC BUMPER EXCHANGE, INC.**, on behalf of itself and others similarly situated,
    Plaintiffs,

v.

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
    Defendants.

Case No. 09C0852

---

**VEHIMAX INTERNATIONAL, LLC**, on behalf of itself and others similarly situated,
    Plaintiffs,

v.

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
    Defendants.

Case No. 10C0224

---

**ARKANSAS TRANSIT , ARKANSAS TRANSIT HOMES, INC., OLIVIA LEE, PATRICK TORREY, MARY FOWLER,** et al.,
    Plaintiffs,

v.

**JUI LI ENTERPRISE COMPANY LTD.**, et al.,
    Defendants

Case No. 11C0162

---

## ORDER

Direct purchaser plaintiffs have filed a motion requesting that they be allowed to file under seal unredacted versions of their memorandum in support of their motion to compel defendants to produce documents, and exhibits F–I to the declaration of Jessica N. Servais in support of the motion to compel. Plaintiffs argue that these documents contain

information that defendants have marked confidential pursuant to the parties' protective order. Since courts are public institutions, plaintiffs' unsupported claim that these documents are confidential is not sufficient to overcome the presumption of openness. See Cnty. Materials Corp. v. Allan Block Corp., 502 F.3d 730, 740 (7th Cir. 2007).

**THEREFORE, IT IS ORDERED** that the parties have 10 days to show good cause why the motion to file documents under seal [DOCKET #274] should be granted.

Dated at Milwaukee, Wisconsin, this 14th day of March 2012.

s/_____
LYNN ADELMAN
District Judge