# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FOND DU LAC BUMPER EXCHANGE, INC. and ROBERTS WHOLESALE BODY PARTS, INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JUI LI ENTERPRISES COMPANY, LTD., *et al*.<br><br>Defendants. | CASE NO: 2:09-CV-00852-LA<br><br>Judge Lynn Adelman |
| VEHIMAX INTERNATIONAL, LLC on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JUI LI ENTERPRISE COMPANY LTD.; TAIWAN KAI YIH INDUSTRIAL CO., LTD.; GORDON AUTO BODY PARTS; and AUTO PARTS INDUSTRIAL, LTD.<br><br>Defendants. | CASE NO: 2:10-CV-00224-LA<br><br>Judge Lynn Adelman |
| ARKANSAS TRANSIT , ARKANSAS TRANSIT HOMES, INC., OLIVIA LEE, PATRICK TORREY, MARY FOWLER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>JUI LI ENTERPRISE COMPANY LTD., *et al.*,,<br><br>Defendants | CASE NO. 2:11-CV-00162-LA<br><br>Judge Lynn Adelman |

**ORDER GRANTING DEFENDANTS' JOINT MOTION PURSUANT TO RULE 41(b) TO DISMISS CLASS REPRESENTATIVE VEHIMAX INTERNATIONAL, LLC WITH PREJUDICE**

Defendants Gordon Auto Body Parts Co., Ltd., Auto Parts Industrial, Ltd., Cornerstone Auto Parts LLC, Taiwan Kai Yih Industrial Co., Ltd., TYG Products, L.P., and Jui Li Enterprise Co. Ltd. (collectively, "Defendants") moved this Court for an order dismissing the Complaint of Class Representative Vehimax International, Inc. ("Vehimax") [CASE NO: 2:10-CV-00224-LA (the "Vehimax Complaint"), consolidated with *Arkansas Transit et al. v. Jui Li Enterprises Co. Ltd., et al.*, CASE NO. 2:11-CV-00162-LA ("*Arkansas Transit*"), and *Fond Du Lac Bumper Exchange, Inc. v. Jui Li Enterprises Co. Ltd. et al.*, CASE NO: 2:09-CV-00852-LA ("*Fond Du Lac*")] pursuant to Rule 41(b) of the Federal Rules of Civil Procedure with prejudice as to Vehimax's ability to re-file a representative or intervenor complaint in the future in this action, but without prejudice as its rights to remain as a putative class member (the "Motion").

**IT IS THEREFORE ORDERED** that Defendants' Motion is **GRANTED** and that:

(1) The Vehimax Complaint is hereby dismissed with prejudice. Vehimax is hereby barred from re-filing a complaint in this action in either its own or in a representative capacity and as either as a class representative, plaintiff, or intervenor.

(2) Vehimax is not, however, barred from remaining as a member of the putative class member and this Order of dismissal in no way constitutes a waiver of its rights as a member of the putative class.

**IT IS SO ORDERED:**

Dated:     5/4/2012                                   s/ Lynn Adelman
                                        Honorable Lynn Adelman
                                        United States District Judge