# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**FOND DU LAC BUMPER EXCHANGE, INC.**, on behalf of itself and others similarly situated,
      Plaintiffs,

v.

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
      Defendants.

Case No. 09C0852

---

**VEHIMAX INTERNATIONAL, LLC**, on behalf of itself and others similarly situated,
      Plaintiffs,

v.

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
      Defendants.

Case No. 10C0224

---

**ARKANSAS TRANSIT, ARKANSAS TRANSIT HOMES, INC., OLIVIA LEE, PATRICK TORREY, MARY FOWLER,** et al.,
      Plaintiffs,

v.

**JUI LI ENTERPRISE COMPANY LTD., ET AL.**,
      Defendants

Case No. 11C0162

---

## ORDER

Following the status conference that was held in this case on May 9, 2012, Direct Purchaser Plaintiffs submitted a letter to the court asking for clarification of my ruling on their motion to compel the production of documents [DOCKET #270]. Specifically, plaintiffs seek clarification on whether I intended to limit the scope of the documents defendants

must produce in response to Direct Purchaser Plaintiffs' Document Request No. 37. I did not intend to limit the scope of that document request.

**THEREFORE, IT IS ORDERED** that defendants shall produce all documents responsive to Direct Purchaser Plaintiffs' Document Request No. 37.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2012.

       s/ Lynn Adelman
       LYNN ADELMAN
       District Judge