# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

FOND DU LAC BUMPER EXCHANGE, INC., et al.,

      Plaintiffs,

v.                                                         Case No. 09-CV-00852

JUI LI ENTERPRISE COMPANY LTD., et al.,

      Defendants.

## DECISION AND ORDER

On June 26, 2012, the court held a scheduling conference for this case in accordance with Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. Within **90 days** of the entry of this order, both set of plaintiffs must provide an initial class statement to defendants.

2. All requests for discovery shall be served by a date sufficiently early so that all discovery can be completed no later than **January 15, 2013**. Expert depositions and depositions limited to authentication and admissibility of evidence, if necessary, may take place after the close of discovery. Discovery related to pass-on (for purposes of the Indirect Action) will be completed by **January 28, 2013**.

3. Direct Purchaser Plaintiffs' Motion for Class Certification:

    a. Direct purchaser plaintiffs shall file their motion for class certification and expert declaration(s) in support of that motion no later than **February 14, 2013**.

Depositions of plaintiffs' expert(s) shall take place within **30 days** of the filing of the motion for class certification.

  b. Defendants' shall file their response to the motion and expert declaration(s) in support thereof within **60 days** after the filing of the motion for class certification. Depositions of defendants' expert(s) shall take place within **30 days** of the filing of the response to the motion for class certification.

  c. Plaintiffs' shall file their reply in support of the motion for class certification and expert reply declaration(s) in support thereof within **45 days** after the filing of defendants' response.

  d. Defendants are permitted to take depositions of plaintiffs' experts again if one or more reply reports are served.

 4. Indirect Purchaser Plaintiffs' Motion for Class Certification:

  a. Indirect purchaser plaintiffs shall file their motion for class certification and expert declaration(s) in support of that motion no later than **April 18, 2013**. Depositions of plaintiffs' expert(s) shall take place within **30 days** of the filing of the motion for class certification.

  b. Defendants' shall file their response to the motion and expert declaration(s) in support thereof within **60 days** after the filing of the motion for class certification. Depositions of defendants' expert(s) shall take place within **30 days** of the filing of the response to the motion for class certification.

2

c. Plaintiffs' shall file their reply in support of the motion for class certification and expert reply declaration(s) in support thereof within **45 days** after the filing of defendants' response.

d. Defendants are permitted to take depositions of plaintiffs' experts again if one or more reply reports are served.

5. Dispositive Motions in the Direct Action:

a. Direct purchaser plaintiffs' merits expert reports are due **60 days** after the issuance of this court's ruling on class certification.

b. Defendants' merits expert rebuttal reports are due **60 days** after service of plaintiffs' merits expert reports.

c. Merits expert reply reports are due **30 days** thereafter.

d. Merits expert depositions are to be completed within **45 days** thereafter.

e. All motions for summary judgment shall be served and filed within **45 days** of the close of merits expert depositions.

f. Response briefs to summary judgment motions are due **45 days** after the filing of the motions.

g. Reply briefs to summary judgment motions are due **30 days** thereafter.

6. Dispositive Motions in the Indirect Action:

a. Indirect purchaser plaintiffs' merits expert reports are due **60 days** after the issuance of this court's ruling on class certification.

3

b. Defendants' merits expert rebuttal reports are due **60 days** after service of plaintiffs' merits expert reports.

c. Merits expert reply reports are due **30 days** thereafter.

d. Merits expert depositions are to be completed within **45 days** thereafter.

e. All motions for summary judgment shall be served and filed within **90 days** of the close of merits expert depositions.

f. Response briefs to summary judgment motions are due **45 days** after the filing of the motions.

g. Reply briefs to summary judgment motions are due **30 days** thereafter.

7. All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b).

8. The court expects counsel to make a good faith effort to settle the case.

Dated at Milwaukee, Wisconsin, this 28th day of June 2012.

s/ Lynn Adelman
LYNN ADELMAN
District Judge