# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**FOND DU LAC BUMPER EXCHANGE, INC.,** on behalf of itself and others similarly situated,
        Plaintiffs,

v.                                                Case No. 09-CV-00852

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.,**
        Defendants.

---

## ORDER

Direct purchaser plaintiffs move to file under seal an unredacted version of their brief in opposition to defendants' motion for leave and in support of plaintiffs' cross-motion for sanctions and to compel (Docket # 413). They also move to file under seal an unredacted version of the Declaration of Jessica N. Servais that was filed with the brief and unredacted versions of Exhibits 15, 26 and 27 to that declaration (Docket # 414). Plaintiffs argue that these documents contain information that defendants have marked as confidential pursuant to the parties' protective order. Since courts are public institutions, plaintiffs' unsupported claim that these documents are confidential is not sufficient to overcome the presumption of openness. *See Cnty. Materials Corp. v. Allan Block Corp.*, 502 F.3d 730, 740 (7th Cir. 2007).

**THEREFORE, IT IS ORDERED** that the parties have 10 days to show good cause why the motion to file documents under seal (Docket #409) should be granted.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge