# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FOND DU LAC BUMPER EXCHANGE, INC.**, on behalf of itself and others similarly situated,
      Plaintiffs,              Case No. 09C0852

v.

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.,**
      Defendants.

---

**VEHIMAX INTERNATIONAL, LLC**, on behalf of itself and others similarly situated,
      Plaintiffs,

      v.              Case No. 10C0224

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.,**
      Defendants.

---

**ARKANSAS TRANSIT , ARKANSAS TRANSIT HOMES, INC., OLIVIA LEE, PATRICK TORREY, MARY FOWLER,** et al.,
      Plaintiffs,

      v.              Case No. 11C0162

**JUI LI ENTERPRISE COMPANY LTD., et al.,**
      Defendants

---

## ORDER

Counsel for defendants are no longer able to attend the telephonic status conference currently scheduled for December 18, 2014 at 2:00pm. Therefore, I will reschedule that status conference.

Plaintiffs are concerned with rescheduling the next status conference because the fact document discovery deadline for discovery aimed at the admissibility and

authentication of documents is currently set for December 15, 2014. Plaintiffs ask me extend this deadline, but the parties cannot agree on the parameters of the extension. I will extend the deadline until the date of the next scheduled status conference at which the parties may fully address the issue. In the meantime, I strongly encourage the parties to continue to confer in an attempt to reach an agreement on this issue.

**IT IS ORDERED** that a telephonic status conference will be held on **January 6, 2015 at 11:15 a.m. CDT**. Participants need to call in for the conference as follows: dial access number 1-877-336-1839. You will be prompted for an access code (4144803) and a security code (1234)**.** Once that information is entered participants will be put on hold until we access the call.

Dated at Milwaukee, Wisconsin, this 15th day of December, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge