# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**FOND DU LAC BUMPER EXCHANGE, INC.**, on
behalf of itself and others similarly situated,
      Plaintiffs,                     Case No. 09C0852

v.

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
      Defendants.

_____

**DZIDRA FULLER, et al.**,
      Plaintiffs,

v.                                                   Case No. 13C0946

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
      Defendants.

_____

**FIREMAN'S FUND INSURANCE, CO.**, on
behalf of itself and others similarly situated,
      Plaintiff,

v.                                                    Case No. 13C0987

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
      Defendants.

_____

**NATIONAL TRUCKING FINANCIAL
RECLAMATION SERVICES, LLC**, on behalf of
itself and others similarly situated,
      Plaintiff,

v.                                                    Case No. 13C0987

**JUI LI ENTERPRISE COMPANY, LTD., ET AL.**,
      Defendants.

_____

**ORDER**

The parties in this case have, again, submitted competing proposed orders memorializing my oral rulings in our February status conference. There is a transcript of February's status conference; therefore, my February 9 order (ECF No. 570) is revoked, and the parties should rely on my oral rulings with respect to all issues discussed. In the future, the parties are directed not to submit proposed orders of my oral rulings and instead to rely on the available transcripts.

Dated at Milwaukee, Wisconsin, this 10th day of February, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge