## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others  Similarly Situated, | CASE NO. 2:09-CV-00852-LA |
| Plaintiffs, | |
| v. | |
| Jui Li Enterprise Company, Ltd., et al., | |
| Defendants. | |

## DECLARATION OF JASON S. HARTLEY IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Jason S. Hartley, declare as follows:

1.      I am a member of the law firm of Stueve Siegel Hanson LLP, Interim Co-Lead Counsel in the above-entitled action.  I make this Declaration in support of Direct Purchaser Plaintiffs' Motion for Class Certification.

2.      While issuing notice to class members in regard to the TKY and Gordon settlements, 468 claim forms were provided to purchasers of aftermarket automotive sheet metal parts ("AMSM"), based upon Defendants' own data.

3.      Executives of both Fond du Lac Bumper Exchange Inc. and Roberts Wholesale have diligently participated in this case, including responding to significant discovery, communicating with their counsel, and having their depositions taken.

4.      Interim Co-Lead Counsel and Interim Liaison Counsel have also negotiated two settlements in this case and have already been appointed Class Counsel for those Settlement

Classes by this Court. Interim Co-Lead Counsel and the other counsel of record representing Plaintiffs are qualified, experienced and have collectively prosecuted and settled hundreds of antitrust class actions. The work done by Interim Co-Lead Counsel and Interim Liaison Counsel since their appointment and the time and resources they have dedicated in prosecuting Plaintiffs' claims, demonstrate their fitness to continue their leadership. *See also* my Declaration at ECF No. 688, documenting counsel's time and efforts in this litigation in detail.

5.      This proposed class in this matter is similar to the class certified by the Central District of California in 2011, in *In re Aftermarket Automotive Lighting Products Antitrust Litigation*, 276 F.R.D. 364 (C.D. CA 2011). I was also plaintiffs' co-lead counsel in that matter, and have first hand knowledge that both of the named plaintiffs here were class members in that case.

6.      Attached to this Declaration as Exhibit A is the Expert Report of Russell Lamb, dated July 14, 2015.

7.      Attached to this Declaration as Exhibit B is a true and correct copy of a document produced by Defendants in discovery, Bates labeled as GABP0016111, along with a certified translation of that document Bates labeled as GABP0016111E.

8.      Attached to this Declaration as Exhibit C is a true and correct copy of excerpts and exhibits from the Deposition of Karen Fierst, taken on January 24, 2012.

9.      Attached to this Declaration as Exhibit D is a true and correct copy of an article by Quincy Liang, entitled "Taiwan's sheet-metal auto body parts markers to hike prices by 20-30%", published by Taiwan Economic News, on March 3, 2004.

10.     Attached to this Declaration as Exhibit E is a true and correct copy of a document produced by Defendants in discovery, Bates labeled as GABP0439978, along with a certified

2

translation of that document Bates labeled as GABP0439978_TNP.

11. Attached to this Declaration as Exhibit F is a true and correct copy of excerpts from the Deposition of S.M. Chen, Volume I, taken on April 22, 2008.

12. Attached to this Declaration as Exhibit G is a true and correct copy one of the tooling agreements produced by Defendants in discovery, Bates labeled as JL00144918, along with a certified translation of that document Bates labeled as JL00144918_TNP.

13. Attached to this Declaration as Exhibit H is a true and correct copy of excerpts from the 30(b)(6) Deposition of Gordon Auto Parts, taken on February 17, 2012.

14. Attached to this Declaration as Exhibit I is a true and correct copy of excerpts from the Deposition of Sonny Pan, taken on April 23, 2008.

15. Attached to this Declaration as Exhibit J is a true and correct copy of excerpts from the 30(b)(6) Deposition of Jui Li Enterprise Co. Ltd., taken on February 15, 2012.

16. Attached to this Declaration as Exhibit K is a true and correct copy of excerpts from the 30(b)(6) Deposition of Cornerstone Auto Parts, taken on August 8, 2012.

17. Attached to this Declaration as Exhibit L is a true and correct copy of excerpts from the 30(b)(6) Deposition of Taiwan Kai Yih Industrial Co. Ltd., taken on February 16, 2012.

18. Attached to this Declaration as Exhibit M is a true and correct copy of excerpts from the Deposition of S.M. Chen, Volume II, taken on April 25, 2008.

19. Attached to this Declaration as Exhibit N is a true and correct copy of a document produced by Defendants in discovery, Bates labeled as GABP0013438.

20. Attached to this Declaration as Exhibit O is a true and correct copy of a document produced by Defendants in discovery, Bates labeled as JL00229375, along with a certified translation of that document Bates labeled as JL00229375_TNP.

3

21.     Attached to this Declaration as Exhibit P is true and correct copy of Direct Purchaser Plaintiffs' Supplemental Responses to Auto Parts Industrial Ltd.'s First Set of Interrogatories, served on December 12, 2014.

22.     Attached to this Declaration as Exhibit Q is a true and correct copy of a document produced by Defendants in discovery, Bates labeled as GABP0006466, along with a certified translation of that document, Bates labeled as GABP0006466E.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July, 2015 at San Diego, California.

s/Jason S. Hartley
Jason S. Hartley
