UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Fond Du Lac Bumper Exchange, Inc., and
Roberts Wholesale Body Parts, Inc. on Behalf of
Themselves and Others Similarly Situated,

Plaintiffs,

v.

Jui Li Enterprise Company, Ltd., et al.,

Defendants.

Case No. 2:09-cv-00852-LA

**ORDER**

WHEREAS, the Court, having considered Direct Purchaser Plaintiffs' Class Counsel's motion for an interim award of attorneys' fees, reimbursement of expenses, and approval of service awards for Class Representatives, including all filings submitted therewith, and upon having held a Fairness Hearing, and having considered all of the submissions and arguments with respect to the Direct Purchaser Plaintiffs' settlements with Tong Yang Industry Co. Ltd., Taiwan Kai Yih Industrial Co., Ltd., and TYG Products (collectively, "the Tong Yang Defendants") and Gordon Auto Body Parts Co., Ltd. ("Gordon"), and otherwise being fully informed, and good cause appearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. Class Counsel are hereby awarded attorneys' fees to be paid from the Settlement Fund in the amount of $6,600,000 which is one third of the $20 million Settlement Fund. The Court finds this award to be fair and reasonable.

2. Further, Class Counsel are hereby reimbursed at this time in the amount of $1,391,787.77, to be paid out of the Settlement Fund, for the expenses they incurred in the

107961

prosecution of this lawsuit, which expenses the Court finds to be fair and reasonably incurred to achieve the benefits to the Settlement Class obtained in the Settlements.

      3.      Direct Purchaser Plaintiffs have requested that the Court approve the payment of service awards to the Settlement Class Representatives, Fond du Lac Bumper Exchange, Inc. and Roberts Wholesale Body Parts, Inc., in the amounts of $25,000 each for the Tong Yang Settlement and $10,000 each for the Gordon Settlement. The Court finds the requested service awards to be fair and reasonable. The requested service awards are approved and shall be paid to Fond du Lac Bumper Exchange, Inc. and Roberts Wholesale Body Parts, Inc., respectively, from the Settlement Fund.

DATED: 8/13/2015

s/ Lynn Adelman

LYNN ADELMAN
United States District Court Judge