**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| Fond du Lac Bumper Exchange, Inc., on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:09-CV-00852-LA |
| vs. | ) ) | |
| Jui Li Enterprise Company, Ltd., *et al.*, | ) ) | Consolidated with: |
| Defendants. | ) ) ) | |
| | ) ) | |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated, | ) ) ) ) | |
| | ) | Case No. 2:14-CV-1061-LA |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Jui Li Enterprises Company Ltd., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| Fireman's Fund Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:13-CV-00987-LA |
| vs. | ) ) ) | |
| Jui Li Enterprise Company, Ltd. *et al.*, | ) ) | |
| Defendants. | ) ) ) ) | |

# DECLARATION OF RONALD C. FINLEY IN SUPPORT OF DEFENDANTS AUTO PARTS INDUSTRIAL LTD., CORNERSTONE AUTO PARTS, LLC AND JUI LI ENTERPRISE COMPANY, LTD'S MOTION FOR REIMBURSEMENT OF EXPERT AND ATTORNEYS' FEES

I, Ronald C. Finley, declare as follows:

1. I am a partner at the law firm of Beck, Bismonte & Finley LLP ("Beck LLP"). I am counsel for Defendant Jui Li Enterprise Co. Ltd ("Jui Li"). This declaration is based on my personal knowledge and if called to testify, I would testify truthfully to the following.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Transcript of Deposition of LKQ Corporation, dated June 3, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Transcript of Deposition of LKQ Taiwan Holding Company, dated June 2, 2015.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 20th day of August, 2015, in San Jose, California.

/s/ Ronald C. Finley_____
Ronald C. Finley

1