# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Fond du Lac Bumper Exchange, Inc., on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:09-CV-00852-LA |
| vs. | ) ) | |
| Jui Li Enterprise Company, Ltd., *et al.*, | ) ) | Consolidated with: |
| Defendants. | ) ) | |
| ———————————————— | ) ) ) | |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:14-CV-1061-LA |
| vs. | ) ) | |
| Jui Li Enterprises Company Ltd., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| ———————————————— | ) ) | |
| Fireman's Fund Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:13-CV-00987-LA |
| vs. | ) ) ) | |
| Jui Li Enterprise Company, Ltd. *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| ———————————————— | ) | |

**REPLY DECLARATION OF JUSTIN T. BECK IN SUPPORT OF JUI LI ENTERPRISE CO. LTD.'S MOTION FOR DISQUALIFICATION**

I, Justin Beck, declare as follows:

1.    I am a partner at the law firm of Beck, Bismonte & Finley LLP ("Beck LLP"). I am counsel for Defendant Jui Li Enterprise Co. Ltd ("Jui Li"). This declaration is based on my personal knowledge and if called to testify, I would testify truthfully to the following.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the California Rules of Professional Conduct and the Official Notes thereto, dated January 1, 2015.

3.    Attached hereto as Exhibit 2 is a true and correct copy of an article from the American Bar Association 2014 Section of Litigation Annual Conference entitled Ethical and Liability Concerns When the Client Relationship Ends, by Miranda K. Mandel.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the article entitled Leaving a Client: Confidentiality Upon Withdrawal by Timothy J. Pierce, from the Seventh Issue of the 84th Volume of the Wisconsin Lawyer, dated July 2011.

5.    Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the Deposition Transcript of Jui-Huang Lu.

6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the June 30, 2015 Status Conference Hearing in this matter.

7.    Attached hereto as Exhibit 6 is a true and correct copy of an excerpts of the Deposition Transcript of Juei-Huei Lu.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 27th day of August, 2015, in San Jose, California.

/s/ Justin T. Beck_____
Justin T. Beck

1