UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>        Defendants. | Case No. 2:09-cv-00852-LA<br><br>Consolidated with: |
| Fireman's Fund Insurance Company, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>        Defendants. | Case No. 2:13-cv-00987-LA |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>Jui Li Enterprise Company Ltd., et al.,<br><br>        Defendants. | Case No. 2:14-cv-1061-LA |

**DECLARATION OF CINDY DUNLAP HINKLE IN SUPPORT OF DEFENDANTS AUTO PARTS, LLC AND JUI LI ENTERPRISE COMPANY, LTD'S MEMORANDUM IN OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Cindy Dunlap Hinkle, of Buchanan Ingersoll & Rooney, PC declare as follows:

1. I am counsel with the law firm of Buchanan Ingersoll & Rooney, PC which represents Defendant, Auto Parts Industrial, Ltd. ("API") and Defendant Cornerstone Auto Parts, LLC. ("Cornerstone"). I have personal knowledge of the matters set forth herein, and if called upon could testify competently to them.

2. As set forth in Defendants' Memorandum in Opposition, the instant matter is not similar in anyway to *In re Aftermarket Automotive Lighting Products Antitrust Litigation,* 276 F.R.D. 364 (C.D.CA 2011).

3. Attached hereto as Exhibit A is the Expert Report of Dr. Janusz Ordover, dated October 13, 2015.

4. Attached hereto as Exhibit B are the relevant portions of the October 1, 2015 deposition of DPPs' expert Dr. Russell L. Lamb.

5. Attached hereto as Exhibit C are the relevant portions of June 25, 2015 Rule 30(b)(6) deposition of DPP Fond du Lac.

6. Attached hereto as Exhibit D are the relevant portions of the June 4, 2015 Rule 30(b)(6) deposition of DPP Roberts Wholesale, together with Exhibits 2, 6, 8, 10 and 14 of said deposition.

7. Attached hereto as Exhibit E are the relevant portions of the June 2, 2015 Rule 30(b)(6) deposition of LKQ Taiwan Holding Company.

8. Attached hereto as Exhibit F is a March 6, 2007 email exchange between LKQ and TYG produced at TKY000199977 and a March 5, 2007 Memo of Keystone Automotive Industries produced at TKY00199980.

9. Attached hereto as Exhibit G is a September 13, 2005 email exchange between Auto Parts and Cornerstone produced at Cornerstone0032062-063.

10. Attached hereto as Exhibit H is a February 10, 2009 email from LKQ to Nicholas Scheid produced at Cornerstone0146475-476; a December 2009 email exchange between LKQ and Jui Li produced at JL00238984-988; a February 2009 email exchange between LKQ and Jui Li produced at JL0014977-780; February 20, 2009 Meeting Minutes of Jui Li produced at JL00192784_TNP-786_TNP; a March 2009 email exchange between LKQ and Jui Li produced at JL00197054-060; and a June 2008 email exchange between LKQ and Jui Li produced at JL00150084—096.

11. Attached hereto as Exhibit I is a June 28, 2004 email from Keystone to API, Jui Li and TKY produced at JL00357003; November 2, 2009 Meeting Minutes of Jui Li produced at JL00209302_TNP-305_TNP; a July 23, 2007 email; exchange between LKQ and Jui Li produced at JL00242180-182; an August 2007 email exchange between Keystone and Jui Li produced at JL00201073-082; and April 2, 2008 email exchange between Keystone and LKQ and Gordon produced at GABP0060554-556; a June 2008 email exchange between Keystone and Jui Li produced at JL00150084-096; and an October 2009 email exchange between KLQ and Jui Li produced at JL00177152-154.

12. Attached hereto as Exhibit J is an August 30, 2007 email exchange between Keystone and Jui Li produced at JL00201091-092.

13. Attached hereto as Exhibit K are the relevant portions of the January 24, 2012 deposition of Karen Fierst.

14. Attached hereto as Exhibit L are the relevant portions of the November 6, 2014 deposition of Angus Tai.

15. Attached hereto as Exhibit M are the relevant portions of the June 9, 2015 deposition of Nicholas Edward Scheid.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October, 2015 in Pittsburgh, Pennsylvania.

s/ <u>*Cindy Dunlap Hinkle*</u>  
Cindy Dunlap Hinkle