**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| Fond du Lac Bumper Exchange, Inc., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Jui Li Enterprise Company, Ltd., *et al.*,<br><br>Defendants. | ) | Case No. 2:09-CV-00852-LA<br><br>Consolidated with: |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jui Li Enterprises Company Ltd., *et al.*,<br><br>Defendants. | ) | Case No. 2:14-CV-1061-LA |
| Fireman's Fund Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Jui Li Enterprise Company, Ltd. *et al.*,<br><br>Defendants. | ) | Case No. 2:13-CV-00987-LA |

**DECLARATION OF JUSTIN T. BECK IN SUPPORT OF DEFENDANTS JUI LI ENTERPRISE COMPANY, LTD., AUTO PARTS INDUSTRIAL, LTD. AND CORNERSTONE AUTO PARTS, LLC'S SURREPLY IN RESPONSE TO DIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Justin T. Beck, declare as follows:

1. I am a partner at the law firm of Beck, Bismonte & Finley LLP ("Beck LLP"). I am counsel for Defendant Jui Li Enterprise Co., Ltd. ("Jui Li"). This declaration is based on my personal knowledge and if called to testify, I would testify truthfully to the following.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Surrebuttal Report of Dr. Janusz Ordover regarding Direct Purchaser Plaintiffs' motion for class certification in the above-captioned matter.

3. Attached hereto as Exhibit B is a true and correct copy of pages from the 2014 American Bar Association book entitled "Econometrics (2d. ed.)."

4. Attached hereto as Exhibit C is a true and correct copy of a 2011 article by Paul A. Johnson entitled "The Economics of Antitrust Impact in Class Certification."

5. Attached hereto as Exhibit D is a true and correct copy of pages from a 2009 book by Jeffrey M. Wooldridge entitled "Introductory Economics – A Modern Approach."

6. Attached hereto as Exhibit E is a true and correct copy of a 2011 article by Michelle M. Burtis and Darwin V. Neher, entitled "Correlation and Regression Analysis in Antitrust Class Certification."

7. Attached hereto as Exhibit F is a true and correct copy of pages from the deposition transcript of Jui-Huang Lu in the above-captioned matter.

8. Attached hereto as Exhibit G is a true and correct copy of an email with attachments from Veritext Court reporters received by my office on September 4, 2015.

9. Attached hereto as Exhibit H is a true and correct copy of pages from a document entitled "An Introductory Guide to Shazam," by Diana Whistler, which were downloaded by my office from *http://www.econometrics.com/intro/trend.htm* on January 3, 2016.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 5th day of January, 2016, in San Jose, California.

/s/ Justin T. Beck________
Justin T. Beck