# EXHIBIT B

# Econometrics

## Legal, Practical, and Technical Issues

### Second Edition

SECTION OF ANTITRUST LAW
Promoting Competition Protecting Consumers

AMERICAN BAR ASSOCIATION
Defending Liberty
Pursuing Justice

Case 2:09-cv-00852-LA Filed 01/05/16 Page 2 of 9 Document 842-2

This volume should be officially cited as:

ABA SECTION OF ANTITRUST LAW,
ECONOMETRICS, SECOND EDITION (2014)

Cover design by ABA Publishing.

The materials contained herein represent the opinions of the authors and editors and should not be construed to be the views or opinions of the law firms or companies with whom such persons are in partnership with, associated with, or employed by, nor of the American Bar Association or the Section of Antitrust Law unless adopted pursuant to the bylaws of the Association.

Nothing contained in this book is to be considered as the rendering of legal advice for specific cases, and readers are responsible for obtaining such advice from their own legal counsel. This book and any forms and agreements herein are intended for educational and informational purposes only.

© 2014 American Bar Association. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher. For permission contact the ABA Copyrights & Contracts Department, copyright@americanbar.org or via fax at (312) 988-6030, or complete the online form at http://www.americanbar.org/utility/reprint.html.

Printed in the United States of America.

18 17 16 15 14 5 4 3 2 1

ISBN: 978-1-61438-935-4
Library of Congress Catalog Number: 2014933353

Discounts are available for books ordered in bulk. Special consideration is given to state bars, CLE programs, and other bar-related organizations. Inquire at Book Publishing, ABA Publishing, American Bar Association, 321 N. Clark Street, Chicago, Illinois 60654-7598.

## 1. *Goodness of Fit*

A natural question to ask after estimating a regression model is how well the estimated model explains variation in the data. Economists have developed a number of different methods to evaluate the fit of a model.

### a. R-Squared and Adjusted R-Squared

The measure used most often to assess the goodness of fit of a linear multiple regression model is a statistic called the *R-squared*, or $R^2$, of the regression.[17] The premise underlying R-squared is that the dependent variable in a sample varies across observations and that the regression model was designed to explain that variation. A regression model can be divided or decomposed into two components: the regressors that are included on the right-hand side of the equation, and the error term that captures the effect on the dependent variable of other factors not included in the model. The R-squared of a regression represents the fraction of variation in the dependent variable explained collectively by the variables included in the model (e.g., an R-squared with a value of 0.34 signifies that the variables included in the model explain 34 percent of the variation in the dependent variable).

The R-squared statistic, by construction, varies between zero and one. Other things being equal, the higher the R-squared statistic, the better the fit of the model to the underlying data. However, the key phrase in that sentence is: other things being equal. A model with a high R-squared statistic is not necessarily better than a different model with a lower R-squared statistic, and one should not place too great of importance on finding a model with a high R-squared statistic. One characteristic of the R-squared statistic is that as regressors are added to the model, the R-squared statistic will never decrease, and usually increases.[18] As such, the R-squared statistic by itself is not a good tool for deciding whether an additional variable should be included in the model because adding any variable to a regression model typically increases the R-squared statistic.

To account for this characteristic of the R-squared statistic, most regression packages report a statistic called the *adjusted R-squared*. As

---

17. See Appendix for additional details.
18. Formally, R-squared is weakly increasing in the number of variables included in the model.

:trics

:imating a regression model is how
iation in the data. Economists have
ods to evaluate the fit of a model.

ed

ıssess the goodness of fit of a linear
c called the *R-squared*, or $R^2$, of the
g R-squared is that the dependent
ıbservations and that the regression
ariation. A regression model can be
omponents: the regressors that are
he equation, and the error term that
lent variable of other factors not
ıred of a regression represents the
nt variable explained collectively by
(e.g., an R-squared with a value of
ıded in the model explain 34 percent
iable).
nstruction, varies between zero and
higher the R-squared statistic, the
underlying data. However, the key
ıgs being equal. A model with a high
y better than a different model with a
ıne should not place too great of
vith a high R-squared statistic. One
tistic is that as regressors are added to
ic will never decrease, and usually
statistic by itself is not a good tool for
iable should be included in the model
egression model typically increases the

istic of the R-squared statistic, most
tic called the *adjusted R-squared.* As

:tails.
ly increasing in the number of variables



its name suggests, the adjusted R-squared is a modified version of the R-squared statistic with an adjustment which penalizes the R-squared statistic for adding additional variables into the model.[19] The R-squared never decreases as more variables are added to the regression model, but the adjusted R-squared can actually decrease as more variables are included.

While the R-squared is a useful summary of how well a model fits the data, it should not be used as the only factor in choosing the model specification. As with all of the other issues discussed in this chapter, decisions about model specification should be guided by factors such as the question being addressed by the empirical study, economic theory, and the quality of the available data.

b. Tests to Compare Two Model Specifications

Even when a researcher has included all of the relevant variables of interest in a regression, it remains to be tested whether those variables have been included in the regression model in the appropriate form. In other words, the researcher may have reasonably determined that years of experience matters to wage determination, but how precisely should the variable be included in the regression (i.e., in levels, logs, or higher order nomials such as squared or cubed versions of the variable). Adjusted R-squared tests, such as those described above, can be used to test specific variants of the regression form for the best fit.

The Ramsey Regression Specification Error Test ("RESET") is a test that is designed to detect incorrectness in functional forms due to the omission of relevant powers of explanatory variables.[20] A RESET test

19. The formula for the adjusted R-squared is given by:

$$\bar{R}^2 = 1-\left(1-R^2\right)\left(N-1\right)/\left(N-K\right)$$

where $N$ is the number of observations and $K$ is the number of parameters in the model (not including the intercept). If $K$ is equal to one, then the adjusted R-squared equals the R-squared. But as the number of parameters increases, the denominator becomes larger, thus penalizing the use of additional explanatory variables.

20. J.B. Ramsey, *Tests for Specification Errors in Classical Linear Least Squares Regression Analysis*, 31 J. ROYAL STAT. SOC'Y. SERIES B 350 (1969).

Case 2:09-cv-00852-LA Filed 01/05/16 Page 5 of 9 Document 842-2

may be implemented by (i) calculating the predicted values of the dependent variable that the original regression model generates, (ii) computing squares and possibly cubes of these predicted variables, (iii) including these successive powers in the original regression equation, and (iv) testing whether these added variables are jointly significant (that is, evaluating whether their inclusion improves the fit of the original regression model). The joint significance of these added variables is evaluated with the F-test.

## 2. *Modeling Issues That Could Affect the Reliability of the Results*

As discussed throughout this book, OLS produces parameter estimates of a linear multiple regression model that have attractive properties when the assumptions of the model are satisfied. This section considers the implications of various specification errors that may lead to violations of the classical assumptions of the least squares model.

### a. Omitted Variables

A specification error that raises potential problems for the reliability of multiple regression results is the omission of a relevant variable from the model. A classic example from labor economics is a wage regression model, which specifies wages as a function of education and ability. The parameter typically of interest is the coefficient on education, which measures the returns to education. In a simple model of wage determination, the primary determinants of wages are education and ability. All other factors that may affect wages are captured by the error term.[21]

Suppose, however, ability cannot be quantified and therefore cannot be included in the regression model. In other words, instead of estimating a model where wages are a function of both education and ability, the economist estimates a model where wages are a function of education alone (because data on ability are not available or ability is not easily observed). The OLS estimate of the coefficient on education in this regression model will be biased.

21. A simple linear wage equation would take the form of :

$$wages_i = \beta_1 + \beta_2 \cdot educ_i + \beta_3 \cdot ability_i + \varepsilon_i$$

The intuition fo
omitted from the reg
be captured by the
education, then the
variable, violating o
model. In this exampl
one of the regressors
In some cases,
evaluating the OLS e
the wage determinati
coefficient on ability
between education
coefficient on ability
and that education a
result, a regression r
tend to overestimate
this example is that
combined effect of e
Omitted variabl
regression results us
fixing. A common
price-fixing is to use
set of explanatory
conspiracy period.

22. In the model sp
coefficient on e

E

The second te
estimate of $\beta_2$.
23. In models with
derive the si
assumptions. F
variable is corr
the OLS param
regressor that i

Case 2:09-cv-00852-LA Filed 01/05/16 Page 6 of 9 Document 842-2

The intuition for this result is that, when the ability variable is omitted from the regression model, any effect of ability on wages must be captured by the error term. If, however, ability is correlated with education, then the error term will be correlated with the education variable, violating one of the assumptions of the classic regression model. In this example, the fact that the error term is now correlated with one of the regressors leads to biased estimates of the returns to education.

In some cases, the direction of the bias can be determined by evaluating the OLS estimate of the misspecified model. For example, in the wage determination model described above, the bias depends on the coefficient on ability in the true wage model and the sample covariance between education and ability.[22] The economist would expect the coefficient on ability to be positive (higher ability leads to higher wages) and that education and ability are positively correlated in the data. As a result, a regression model that omits ability from the specification will tend to overestimate the impact of education on wages. The intuition in this example is that the estimated coefficient on education picks up the combined effect of education and ability on wages.[23]

Omitted variables also can raise concerns when interpreting regression results used to estimate damages in connection with price-fixing. A common approach to calculating damages associated with price-fixing is to use an econometric model that regresses price against a set of explanatory variables and an indicator variable for the alleged conspiracy period. The parameter estimate on the conspiracy period

---

22. In the model specified in the previous footnote, the expected value of the coefficient on education is given by:

$$E\left[\hat{\beta}_2\right] = \beta_2 + \beta_3 \cdot \left(\frac{\text{cov}(educ, ability)}{\text{var}(educ)}\right)$$

The second term in this formula represents the potential bias in the estimate of $\beta_2$.

23. In models with multiple regressors, it is typically much more difficult to derive the sign of the omitted-variable bias without additional assumptions. Furthermore, in a multiple regression model, if the omitted variable is correlated with even one of the included regressors, then all of the OLS parameter estimates will be biased, not just the coefficient on the regressor that is correlated with the excluded variable.

indicator variable could then be used to assess the overcharge that occurred as a result of the conspiracy.

For this approach to yield reliable estimates of the overcharge, the model must include all factors that are likely to affect price. Otherwise the parameter estimate on the conspiracy indicator variable may be confounded with other explanatory variables omitted from the model. A model that failed to include the price of a key input, for example, may inappropriately attribute the impact of changing cost conditions to the conspiracy indicator variable and thus generate biased estimates of the true effect of the conspiracy.

b. Multicollinearity

Multicollinearity refers to a situation where there is a substantial amount of correlation between two or more of the explanatory variables included in a regression model. Economic data used in regression models often tend to be correlated. For example, prices of substitute products in a differentiated products market tend to move together. Similarly, short-term and long-term interest rates are correlated with each other.

One of the assumptions of the multiple linear regression model is that there is no exact linear relationship among the independent variables. If an exact linear relationship exists between the explanatory variables, then the algebra used to derive the OLS estimates breaks down. This situation is referred to as perfect multicollinearity.

However, if one encounters perfect multicollinearity in a regression model, it is usually the result of an error in specifying the model. For example, models estimated using time series data often include dummy variables to account for seasonality in a relationship. If a researcher specified a model that included an intercept and indicator variables for each quarter (winter, spring, summer, and fall), the model would suffer from perfect multicollinearity because there is an exact linear relationship between the intercept and the four quarterly dummy variables.[24] The solution in this example would be to drop one of the quarterly indicator variables.

In situations where no exact linear relationship exists between two or more independent variables, multicollinearity can still present challenges

24. This situation is referred to in the econometrics literature as the "dummy variable trap" and can arise in many different situations when indicator variables are included in a model.



for interpreting results. I
failure of the model. Inst
independent variation in
primary implication of a
parameter estimates. Intu
correlated, the regression
separate effects of each va

Imagine an industry
Northwest and in the Sou
different technologies to
Northwest tend to use on
located in the Southeast
economist estimated an
specifies output as a fu
indicator variables for th
technology employed at t
of production technolog
location of the facility. A
to distinguish between the
impact of other location-s
the model; rather it reflec
the data to separately ider
output.

The practical implica
standard errors tend to be
result, a variable may be
researcher cannot reject a
is equal to zero (or the
situation, the variable may
one is unable to detect the

Unfortunately, there is
created by multicollinearit
this correlation sometimes
effects of each variable
increasing the sample size

25. Formally, this is refe
method cannot separate
on the dependent variab

Case 2:09-cv-00852-LA Filed 01/05/16 Page 8 of 9 Document 842-2

for interpreting results. However, multicollinearity does not indicate a failure of the model. Instead, it reflects the fact that there is insufficient independent variation in the variables included in the data set. The primary implication of a high degree of multicollinearity is imprecise parameter estimates. Intuitively, when two or more variables are highly correlated, the regression model has difficulty distinguishing between the separate effects of each variable.[25]

Imagine an industry that includes firms located primarily in the Northwest and in the Southeast regions of the U.S., and that employs two different technologies to produce output. Suppose firms located in the Northwest tend to use one of the two production technologies and firms located in the Southeast tend to use the other. Suppose also that an economist estimated an econometric production function model that specifies output as a function of inputs and other controls, such as indicator variables for the location of a production facility and the technology employed at the plant. However, as noted above, the choice of production technology is highly correlated in the data with the location of the facility. As a result, the regression model may be unable to distinguish between the impact of the technology on output from the impact of other location-specific factors on output. This is not a flaw in the model; rather it reflects the fact that there is insufficient variation in the data to separately identify the effects of technology and location on output.

The practical implication of substantial multicollinearity is that standard errors tend to be large relative to the parameter estimates. As a result, a variable may be statistically insignificant in the sense that the researcher cannot reject a hypothesis that the coefficient on that variable is equal to zero (or the null hypothesis that is being tested). In this situation, the variable may have an effect on the dependent variable but one is unable to detect the effect because of the multicollinearity.

Unfortunately, there is little that can be done to resolve problems created by multicollinearity. Economic variables often are correlated, and this correlation sometimes makes it difficult to disentangle the separate effects of each variable on the dependent variable. In some cases, increasing the sample size may help with the problem, but only if the

25. Formally, this is referred to as an identification problem. The OLS method cannot separately identify the impact of each explanatory variable on the dependent variable.

Case 2:09-cv-00852-LA Filed 01/05/16 Page 9 of 9 Document 842-2