# EXHIBIT D

# Introductory Econometrics

## A Modern Approach

4e

**Jeffrey M. Wooldridge**
Michigan State University

SOUTH-WESTERN
CENGAGE Learning

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

Case 2:09-cv-00852-LA Filed 01/05/16 Page 2 of 18 Document 842-4

SOUTH-WESTERN
CENGAGE Learning

**Introductory Econometrics, Fourth Edition**
**Jeffrey M. Wooldridge**

Vice President of Editorial, Business: Jack W. Calhoun

Executive Editor: Mike Worls

Sr. Developmental Editor: Laura Bofinger

Sr. Content Project Manager: Martha Conway

Marketing Specialist: Betty Jung

Marketing Communications Manager: Sarah Greber

Media Editor: Deepak Kumar

Sr. Manufacturing Coordinator: Sandee Milewski

Production Service: Macmillan Publishing Solutions

Sr. Art Director: Michelle Kunkler

Internal Designer: c miller design

Cover Designer: c miller design

Cover Image: © John Foxx/Getty Images, Inc.

© 2009, 2006 South-Western, a part of Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, information storage and retrieval systems, or in any other manner—except as may be permitted by the license terms herein.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product,
submit all requests online at **cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

Library of Congress Control Number: 2008921832

Student Edition package ISBN-13: 978-0-324-58162-1

Student Edition package ISBN-10: 0-324-58162-9

Student Edition ISBN 13: 978-0-324-66054-8

Student Edition ISBN 10: 0-324-66054-5

**South-Western Cengage Learning**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

For your course and learning solutions, visit **academic.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.ichapters.com**

Printed in the United States of America
2 3 4 5 6 7 12 11 10 09 08

It is quite simple to compute a 95% confidence interval for $\theta_1 = \beta_1 - \beta_2$. Using the standard normal approximation, the CI is obtained as usual: $\hat{\theta}_1 \pm 1.96\ \mathrm{se}(\hat{\theta}_1)$, which in this case leads to $-.0102 \pm .0135$.

The strategy of rewriting the model so that it contains the parameter of interest works in all cases and is easy to implement. (See Computer Exercises C4.1 and C4.3 for other examples.)

## 4.5 Testing Multiple Linear Restrictions: The *F* Test

The *t* statistic associated with any OLS coefficient can be used to test whether the corresponding unknown parameter in the population is equal to any given constant (which is usually, but not always, zero). We have just shown how to test hypotheses about a single linear combination of the $\beta_j$ by rearranging the equation and running a regression using transformed variables. But so far, we have only covered hypotheses involving a *single* restriction. Frequently, we wish to test *multiple* hypotheses about the underlying parameters $\beta_0, \beta_1, ..., \beta_k$. We begin with the leading case of testing whether a set of independent variables has no partial effect on a dependent variable.

### Testing Exclusion Restrictions

We already know how to test whether a particular variable has no partial effect on the dependent variable: use the *t* statistic. Now, we want to test whether a *group* of variables has no effect on the dependent variable. More precisely, the null hypothesis is that a set of variables has no effect on *y*, once another set of variables has been controlled.

As an illustration of why testing significance of a group of variables is useful, we consider the following model that explains major league baseball players' salaries:

$$\log(salary) = \beta_0 + \beta_1 years + \beta_2 gamesyr + \beta_3 bavg + \beta_4 hrunsyr + \beta_5 rbisyr + u, \tag{4.28}$$

where *salary* is the 1993 total salary, *years* is years in the league, *gamesyr* is average games played per year, *bavg* is career batting average (for example, *bavg* = 250), *hrunsyr* is home runs per year, and *rbisyr* is runs batted in per year. Suppose we want to test the null hypothesis that, once years in the league and games per year have been controlled for, the statistics measuring performance—*bavg*, *hrunsyr*, and *rbisyr*—have no effect on salary. Essentially, the null hypothesis states that productivity as measured by baseball statistics has no effect on salary.

In terms of the parameters of the model, the null hypothesis is stated as

$$\mathrm{H}_0\colon \beta_3 = 0, \beta_4 = 0, \beta_5 = 0. \tag{4.29}$$

The null (4.29) constitutes three **exclusion restrictions**: If (4.29) is true, then *bavg*, *hrunsyr*, and *rbisyr* have no effect on log(*salary*) after *years* and *gamesyr* have been controlled for and therefore should be excluded from the model. This is an example of a set of **multiple restrictions** because we are putting more than one restriction on the parameters in (4.28); we will see more general examples of multiple restrictions later. A test of multiple restrictions is called a **multiple hypotheses test** or a **joint hypotheses test**.

What should be the alternative to (4.29)? If what we have in mind is that "performance statistics matter, even after controlling for years in the league and games per year," then the appropriate alternative is simply

$$H_1: H_0 \text{ is not true.} \tag{4.30}$$

The alternative (4.30) holds if at least one of $\beta_3$, $\beta_4$, or $\beta_5$ is different from zero. (Any or all could be different from zero.) The test we study here is constructed to detect any violation of $H_0$. It is also valid when the alternative is something like $H_1$: $\beta_3 > 0$, or $\beta_4 > 0$, or $\beta_5 > 0$, but it will not be the best possible test under such alternatives. We do not have the space or statistical background necessary to cover tests that have more power under multiple one-sided alternatives.

How should we proceed in testing (4.29) against (4.30)? It is tempting to test (4.29) by using the $t$ statistics on the variables *bavg*, *hrunsyr*, and *rbisyr* to determine whether each variable is *individually* significant. This option is not appropriate. A particular $t$ statistic tests a hypothesis that puts no restrictions on the other parameters. Besides, we would have three outcomes to contend with—one for each $t$ statistic. What would constitute rejection of (4.29) at, say, the 5% level? Should all three or only one of the three $t$ statistics be required to be significant at the 5% level? These are hard questions, and fortunately we do not have to answer them. Furthermore, using separate $t$ statistics to test a multiple hypothesis like (4.29) can be very misleading. We need a way to test the exclusion restrictions *jointly*.

To illustrate these issues, we estimate equation (4.28) using the data in MLB1.RAW. This gives

$$\begin{aligned}
\widehat{\log(salary)} = {} & \underset{(0.29)}{11.19} + \underset{(.0121)}{.0689}\, years + \underset{(.0026)}{.0126}\, gamesyr \\
& + \underset{(.00110)}{.00098}\, bavg + \underset{(.0161)}{.0144}\, hrunsyr + \underset{(.0072)}{.0108}\, rbisyr \\
& n = 353, \text{SSR} = 183.186, R^2 = .6278,
\end{aligned} \tag{4.31}$$

where SSR is the sum of squared residuals. (We will use this later.) We have left several terms after the decimal in SSR and $R$-squared to facilitate future comparisons. Equation (4.31) reveals that, whereas *years* and *gamesyr* are statistically significant, none of the variables *bavg*, *hrunsyr*, and *rbisyr* has a statistically significant $t$ statistic against a two-sided alternative, at the 5% significance level. (The $t$ statistic on *rbisyr* is the closest to being significant; its two-sided $p$-value is .134.) Thus, based on the three $t$ statistics, it appears that we cannot reject $H_0$.

This conclusion turns out to be wrong. To see this, we must derive a test of multiple restrictions whose distribution is known and tabulated. The sum of squared residuals now turns out to provide a very convenient basis for testing multiple hypotheses. We will also show how the $R$-squared can be used in the special case of testing for exclusion restrictions.

Knowing the sum of squared residuals in (4.31) tells us nothing about the truth of the hypothesis in (4.29). However, the factor that will tell us something is how much the SSR increases when we drop the variables *bavg*, *hrunsyr*, and *rbisyr* from the model. Remember that, because the OLS estimates are chosen to minimize the sum of squared residuals, the SSR *always* increases when variables are dropped from the model; this is an

algebraic fact. The question is whether this increase is large enough, *relative* to the SSR in the model with all of the variables, to warrant rejecting the null hypothesis.

The model without the three variables in question is simply

$$\log(salary) = \beta_0 + \beta_1 years + \beta_2 gamesyr + u. \qquad \textbf{4.32}$$

In the context of hypothesis testing, equation (4.32) is the **restricted model** for testing (4.29); model (4.28) is called the **unrestricted model**. The restricted model always has fewer parameters than the unrestricted model.

When we estimate the restricted model using the data in MLB1.RAW, we obtain

$$\begin{aligned} \widehat{\log(salary)} &= \underset{(.11)}{11.22} + \underset{(.0125)}{.0713}\, years + \underset{(.0013)}{.0202}\, gamesyr \\ n &= 353,\ \text{SSR} = 198.311,\ R^2 = .5971. \end{aligned} \qquad \textbf{4.33}$$

As we surmised, the SSR from (4.33) is greater than the SSR from (4.31), and the $R$-squared from the restricted model is less than the $R$-squared from the unrestricted model. What we need to decide is whether the increase in the SSR in going from the unrestricted model to the restricted model (183.186 to 198.311) is large enough to warrant rejection of (4.29). As with all testing, the answer depends on the significance level of the test. But we cannot carry out the test at a chosen significance level until we have a statistic whose distribution is known, and can be tabulated, under $H_0$. Thus, we need a way to combine the information in the two SSRs to obtain a test statistic with a known distribution under $H_0$.

Because it is no more difficult, we might as well derive the test for the general case. Write the *unrestricted* model with $k$ independent variables as

$$y = \beta_0 + \beta_1 x_1 + \ldots + \beta_k x_k + u; \qquad \textbf{4.34}$$

the number of parameters in the unrestricted model is $k + 1$. (Remember to add one for the intercept.) Suppose that we have $q$ exclusion restrictions to test: that is, the null hypothesis states that $q$ of the variables in (4.34) have zero coefficients. For notational simplicity, assume that it is the last $q$ variables in the list of independent variables: $x_{k-q+1}, \ldots, x_k$. (The order of the variables, of course, is arbitrary and unimportant.) The null hypothesis is stated as

$$H_0: \beta_{k-q+1} = 0, \ldots, \beta_k = 0, \qquad \textbf{4.35}$$

which puts $q$ exclusion restrictions on the model (4.34). The alternative to (4.35) is simply that it is false; this means that at least one of the parameters listed in (4.35) is different from zero. When we impose the restrictions under $H_0$, we are left with the restricted model:

$$y = \beta_0 + \beta_1 x_1 + \ldots + \beta_{k-q} x_{k-q} + u. \qquad \textbf{4.36}$$

In this subsection, we assume that both the unrestricted and restricted models contain an intercept, since that is the case most widely encountered in practice.

Now, for the test statistic itself. Earlier, we suggested that looking at the relative increase in the SSR when moving from the unrestricted to the restricted model should be informative for testing the hypothesis (4.35). The ***F* statistic** (or *F ratio*) is defined by

$$F \equiv \frac{(\text{SSR}_r - \text{SSR}_{ur})/q}{\text{SSR}_{ur}/(n - k - 1)}, \qquad \textbf{4.37}$$

Case 2:09-cv-00852-LA Filed 01/05/16 Page 6 of 18 Document 842-4

where $SSR_r$ is the sum of squared residuals from the restricted model and $SSR_{ur}$ is the sum of squared residuals from the unrestricted model.

**Question 4.4**

Consider relating individual performance on a standardized test, *score*, to a variety of other variables. School factors include average class size, per student expenditures, average teacher compensation, and total school enrollment. Other variables specific to the student are family income, mother's education, father's education, and number of siblings. The model is

$$score = \beta_0 + \beta_1 classize + \beta_2 expend + \beta_3 tchcomp + \beta_4 enroll + \beta_5 faminc + \beta_6 motheduc + \beta_7 fatheduc + \beta_8 siblings + u.$$

State the null hypothesis that student-specific variables have no effect on standardized test performance, once school-related factors have been controlled for. What are $k$ and $q$ for this example? Write down the restricted version of the model

You should immediately notice that, since $SSR_r$ can be no smaller than $SSR_{ur}$, the $F$ statistic is *always* nonnegative (and almost always strictly positive). Thus, if you compute a negative $F$ statistic, then something is wrong; the order of the SSRs in the numerator of $F$ has usually been reversed. Also, the SSR in the denominator of $F$ is the SSR from the *unrestricted* model. The easiest way to remember where the SSRs appear is to think of $F$ as measuring the relative increase in SSR when moving from the unrestricted to the restricted model.

The difference in SSRs in the numerator of $F$ is divided by $q$, which is the number of restrictions imposed in moving from the unrestricted to the restricted model ($q$ independent variables are dropped). Therefore, we can write

$$q = \textbf{numerator degrees of freedom} = df_r - df_{ur}, \quad \textbf{4.38}$$

which also shows that $q$ is the difference in degrees of freedom between the restricted and unrestricted models. (Recall that $df$ = number of observations − number of estimated parameters.) Since the restricted model has fewer parameters—and each model is estimated using the same $n$ observations—$df_r$ is always greater than $df_{ur}$.

The SSR in the denominator of $F$ is divided by the degrees of freedom in the unrestricted model:

$$n - k - 1 = \textbf{denominator degrees of freedom} = df_{ur}. \quad \textbf{4.39}$$

In fact, the denominator of $F$ is just the unbiased estimator of $\sigma^2 = \text{Var}(u)$ in the unrestricted model.

In a particular application, computing the $F$ statistic is easier than wading through the somewhat cumbersome notation used to describe the general case. We first obtain the degrees of freedom in the unrestricted model, $df_{ur}$. Then, we count how many variables are excluded in the restricted model; this is $q$. The SSRs are reported with every OLS regression, and so forming the $F$ statistic is simple.

In the major league baseball salary regression, $n = 353$, and the full model (4.28) contains six parameters. Thus, $n - k - 1 = df_{ur} = 353 - 6 = 347$. The restricted model (4.32) contains three fewer independent variables than (4.28), and so $q = 3$. Thus, we have all of the ingredients to compute the $F$ statistic; we hold off doing so until we know what to do with it.

To use the $F$ statistic, we must know its sampling distribution under the null in order to choose critical values and rejection rules. It can be shown that, under $H_0$ (and assuming the CLM assumptions hold), $F$ is distributed as an $F$ random variable with $(q,n - k - 1)$ degrees of freedom. We write this as

$$F \sim F_{q,n-k-1}.$$

The distribution of $F_{q,n-k-1}$ is readily tabulated and available in statistical tables (see Table G.3) and, even more importantly, in statistical software.

We will not derive the $F$ distribution because the mathematics is very involved. Basically, it can be shown that equation (4.37) is actually the ratio of two independent chi-square random variables, divided by their respective degrees of freedom. The numerator chi-square random variable has $q$ degrees of freedom, and the chi-square in the denominator has $n - k - 1$ degrees of freedom. This is the definition of an $F$ distributed random variable (see Appendix B).

It is pretty clear from the definition of $F$ that we will reject $H_0$ in favor of $H_1$ when $F$ is sufficiently "large." How large depends on our chosen significance level. Suppose that we have decided on a 5% level test. Let $c$ be the 95th percentile in the $F_{q,n-k-1}$ distribution. This critical value depends on $q$ (the numerator *df*) and $n - k - 1$ (the denominator *df*). It is important to keep the numerator and denominator degrees of freedom straight.

The 10%, 5%, and 1% critical values for the $F$ distribution are given in Table G.3. The rejection rule is simple. Once $c$ has been obtained, we reject $H_0$ in favor of $H_1$ at the chosen significance level if

$$F > c. \qquad \textbf{4.40}$$

With a 5% significance level, $q = 3$, and $n - k - 1 = 60$, the critical value is $c = 2.76$. We would reject $H_0$ at the 5% level if the computed value of the $F$ statistic exceeds 2.76. The 5% critical value and rejection region are shown in Figure 4.7. For the same degrees of freedom, the 1% critical value is 4.13.

In most applications, the numerator degrees of freedom ($q$) will be notably smaller than the denominator degrees of freedom ($n - k - 1$). Applications where $n - k - 1$ is small are unlikely to be successful because the parameters in the unrestricted model will probably not be precisely estimated. When the denominator *df* reaches about 120, the $F$ distribution is no longer sensitive to it. (This is entirely analogous to the $t$ distribution being well approximated by the standard normal distribution as the *df* gets large.) Thus, there is an entry in the table for the denominator $df = \infty$, and this is what we use with large samples (because $n - k - 1$ is then large). A similar statement holds for a very large numerator *df*, but this rarely occurs in applications.

If $H_0$ is rejected, then we say that $x_{k-q+1}, \ldots, x_k$ are **jointly statistically significant** (or just *jointly significant*) at the appropriate significance level. This test alone does not allow us to say which of the variables has a partial effect on $y$; they may all affect $y$ or maybe only one affects $y$. If the null is not rejected, then the variables are **jointly insignificant**, which often justifies dropping them from the model.

For the major league baseball example with three numerator degrees of freedom and 347 denominator degrees of freedom, the 5% critical value is 2.60, and the 1% critical value is 3.78. We reject $H_0$ at the 1% level if $F$ is above 3.78; we reject at the 5% level if $F$ is above 2.60.

We are now in a position to test the hypothesis that we began this section with: After controlling for *years* and *gamesyr*, the variables *bavg*, *hrunsyr*, and *rbisyr* have no effect on players' salaries. In practice, it is easiest to first compute $(SSR_r - SSR_{ur})/SSR_{ur}$ and to multiply the result by $(n - k - 1)/q$; the reason the formula is stated as in (4.37) is that it makes it easier to keep the numerator and denominator degrees of freedom straight. Using the SSRs in (4.31) and (4.33), we have

$$F = \frac{(198.311 - 183.186)}{183.186} \cdot \frac{347}{3} \approx 9.55.$$

Case 2:09-cv-00852-LA Filed 01/05/16 Page 8 of 18 Document 842-4

**FIGURE 4.7**

**The 5% critical value and rejection region in an $F_{3,60}$ distribution.**




This number is well above the 1% critical value in the $F$ distribution with 3 and 347 degrees of freedom, and so we soundly reject the hypothesis that *bavg*, *hrunsyr*, and *rbisyr* have no effect on salary.

The outcome of the joint test may seem surprising in light of the insignificant $t$ statistics for the three variables. What is happening is that the two variables *hrunsyr* and *rbisyr* are highly correlated, and this multicollinearity makes it difficult to uncover the partial effect of each variable; this is reflected in the individual $t$ statistics. The $F$ statistic tests whether these variables (including *bavg*) are *jointly* significant, and multicollinearity between *hrunsyr* and *rbisyr* is much less relevant for testing this hypothesis. In Problem 4.16, you are asked to reestimate the model while dropping *rbisyr*, in which case *hrunsyr* becomes very significant. The same is true for *rbisyr* when *hrunsyr* is dropped from the model.

The $F$ statistic is often useful for testing exclusion of a group of variables when the variables in the group are highly correlated. For example, suppose we want to test whether firm performance affects the salaries of chief executive officers. There are many ways to measure firm performance, and it probably would not be clear ahead of time which measures would be most important. Since measures of firm performance are likely to be highly correlated, hoping to find individually significant measures might be asking too much due to multicollinearity. But an $F$ test can be used to determine whether, as a group, the firm

## Relationship between *F* and *t* Statistics

We have seen in this section how the $F$ statistic can be used to test whether a group of variables should be included in a model. What happens if we apply the $F$ statistic to the case of testing significance of a *single* independent variable? This case is certainly not ruled out by the previous development. For example, we can take the null to be $H_0$: $\beta_k = 0$ and $q = 1$ (to test the single exclusion restriction that $x_k$ can be excluded from the model). From Section 4.2, we know that the $t$ statistic on $\beta_k$ can be used to test this hypothesis. The question, then, is: Do we have two separate ways of testing hypotheses about a single coefficient? The answer is no. It can be shown that the $F$ statistic for testing exclusion of a single variable is equal to the *square* of the corresponding $t$ statistic. Since $t^2_{n-k-1}$ has an $F_{1,n-k-1}$ distribution, the two approaches lead to exactly the same outcome, provided that the alternative is two-sided. The $t$ statistic is more flexible for testing a single hypothesis because it can be used to test against one-sided alternatives. Since $t$ statistics are also easier to obtain than $F$ statistics, there is really no reason to use an $F$ statistic to test hypotheses about a single parameter.

We have already seen in the salary regressions for major league baseball players that two (or more) variables that each have insignificant $t$ statistics can be jointly very significant. It is also possible that, in a group of several explanatory variables, one variable has a significant $t$ statistic, but the group of variables is jointly insignificant at the usual significance levels. What should we make of this kind of outcome? For concreteness, suppose that in a model with many explanatory variables we cannot reject the null hypothesis that $\beta_1$, $\beta_2$, $\beta_3$, $\beta_4$, and $\beta_5$ are all equal to zero at the 5% level, yet the $t$ statistic for $\hat{\beta}_1$ is significant at the 5% level. Logically, we cannot have $\beta_1 \neq 0$ but also have $\beta_1$, $\beta_2$, $\beta_3$, $\beta_4$, and $\beta_5$ all equal to zero! But as a matter of testing, it is possible that we can group a bunch of insignificant variables with a significant variable and conclude that the entire set of variables is jointly insignificant. (Such possible conflicts between a $t$ test and a joint $F$ test give another example of why we should not "accept" null hypotheses; we should only fail to reject them.) The $F$ statistic is intended to detect whether a set of coefficients is different from zero, but it is never the best test for determining whether a single coefficient is different from zero. The $t$ test is best suited for testing a single hypothesis. (In statistical terms, an $F$ statistic for joint restrictions including $\beta_1 = 0$ will have less power for detecting $\beta_1 \neq 0$ than the usual $t$ statistic. See Section C.6 in Appendix C for a discussion of the power of a test.)

Unfortunately, the fact that we can sometimes hide a statistically significant variable along with some insignificant variables could lead to abuse if regression results are not carefully reported. For example, suppose that, in a study of the determinants of loan-acceptance rates at the city level, $x_1$ is the fraction of black households in the city. Suppose that the variables $x_2$, $x_3$, $x_4$, and $x_5$ are the fractions of households headed by different age groups. In explaining loan rates, we would include measures of income, wealth, credit ratings, and so on. Suppose that age of household head has no effect on loan approval rates, once other variables are controlled for. Even if race has a marginally significant effect, it is possible that the race and age variables could be jointly insignificant. Someone wanting to conclude that race is not a factor could simply report something like "Race and age variables were added to the equation, but they were jointly insignificant at the 5% level." Hopefully, peer review prevents these kinds of misleading conclusions, but you should be aware that such outcomes are possible.

Often, when a variable is very statistically significant and it is tested jointly with another set of variables, the set will be jointly significant. In such cases, there is no logical inconsistency in rejecting both null hypotheses.

## The *R*-Squared Form of the *F* Statistic

For testing exclusion restrictions, it is often more convenient to have a form of the $F$ statistic that can be computed using the $R$-squareds from the restricted and unrestricted models. One reason for this is that the $R$-squared is always between zero and one, whereas the SSRs can be very large depending on the unit of measurement of $y$, making the calculation based on the SSRs tedious. Using the fact that $SSR_r = SST(1 - R_r^2)$ and $SSR_{ur} = SST(1 - R_{ur}^2)$, we can substitute into (4.37) to obtain

$$F = \frac{(R_{ur}^2 - R_r^2)/q}{(1 - R_{ur}^2)/(n - k - 1)} = \frac{(R_{ur}^2 - R_r^2)/q}{(1 - R_{ur}^2)/df_{ur}} \qquad \textbf{4.41}$$

(note that the SST terms cancel everywhere). This is called the **$R$-squared form of the $F$ statistic**. [At this point, you should be cautioned that although equation (4.41) is very convenient for testing exclusion restrictions, it cannot be applied for testing all linear restrictions. As we will see when we discuss testing general linear restrictions, the sum of squared residuals form of the $F$ statistic is sometimes needed.]

Because the $R$-squared is reported with almost all regressions (whereas the SSR is not), it is easy to use the $R$-squareds from the unrestricted and restricted models to test for exclusion of some variables. Particular attention should be paid to the order of the $R$-squareds in the numerator: the *unrestricted* $R$-squared comes first [contrast this with the SSRs in (4.37)]. Because $R_{ur}^2 > R_r^2$, this shows again that $F$ will always be positive.

In using the $R$-squared form of the test for excluding a set of variables, it is important to *not* square the $R$-squared before plugging it into formula (4.41); the squaring has already been done. All regressions report $R^2$, and these numbers are plugged directly into (4.41). For the baseball salary example, we can use (4.41) to obtain the $F$ statistic:

$$F = \frac{(.6278 - .5971)}{(1 - .6278)} \cdot \frac{347}{3} \approx 9.54,$$

which is very close to what we obtained before. (The difference is due to rounding error.)

### Example 4.9

**[Parents' Education in a Birth Weight Equation]**

As another example of computing an $F$ statistic, consider the following model to explain child birth weight in terms of various factors:

$$\begin{aligned} bwght = \beta_0 + \beta_1 cigs + \beta_2 parity + \beta_3 faminc \\ + \beta_4 motheduc + \beta_5 fatheduc + u, \end{aligned} \qquad \textbf{4.42}$$

where

*bwght* = birth weight, in pounds.
*cigs* = average number of cigarettes the mother smoked per day during pregnancy.
*parity* = the birth order of this child.
*faminc* = annual family income.
*motheduc* = years of schooling for the mother.
*fatheduc* = years of schooling for the father.

Let us test the null hypothesis that, after controlling for *cigs*, *parity*, and *faminc*, parents' education has no effect on birth weight. This is stated as $H_0$: $\beta_4 = 0, \beta_5 = 0$, and so there are $q = 2$ exclusion

restrictions to be tested. There are $k + 1 = 6$ parameters in the unrestricted model (4.42); so the *df* in the unrestricted model is $n - 6$, where $n$ is the sample size.

We will test this hypothesis using the data in BWGHT.RAW. This data set contains information on 1,388 births, but we must be careful in counting the observations used in testing the null hypothesis. It turns out that information on at least one of the variables *motheduc* and *fatheduc* is missing for 197 births in the sample; these observations cannot be included when estimating the unrestricted model. Thus, we really have $n = 1{,}191$ observations, and so there are $1{,}191 - 6 = 1{,}185$ *df* in the unrestricted model. We must be sure to use these *same* 1,191 observations when estimating the restricted model (not the full 1,388 observations that are available). Generally, when estimating the restricted model to compute an $F$ test, we must use the same observations to estimate the unrestricted model; otherwise, the test is not valid. When there are no missing data, this will not be an issue.

The numerator *df* is 2, and the denominator *df* is 1,185; from Table G.3, the 5% critical value is $c = 3.0$. Rather than report the complete results, for brevity, we present only the $R$-squareds. The $R$-squared for the full model turns out to be $R^2_{ur} = .0387$. When *motheduc* and *fatheduc* are dropped from the regression, the $R$-squared falls to $R^2_r = .0364$. Thus, the $F$ statistic is $F = [(.0387 - .0364)/(1 - .0387)](1{,}185/2) = 1.42$; since this is well below the 5% critical value, we fail to reject $H_0$. In other words, *motheduc* and *fatheduc* are jointly insignificant in the birth weight equation.

## Computing *p*-Values for *F* Tests

For reporting the outcomes of $F$ tests, $p$-values are especially useful. Since the $F$ distribution depends on the numerator and denominator *df*, it is difficult to get a feel for how strong or weak the evidence is against the null hypothesis simply by looking at the value of the $F$ statistic and one or two critical values.

In the $F$ testing context, the $p$-value is defined as

$$p\text{-value} = P(\mathcal{F} > F), \tag{4.43}$$

where, for emphasis, we let $\mathcal{F}$ denote an $F$ random variable with $(q, n - k - 1)$ degrees of freedom, and $F$ is the actual value of the test statistic. The $p$-value still has the same interpretation as it did for $t$ statistics: it is the probability of observing a value of $F$ at least as large as we did, *given* that the null hypothesis is true. A small $p$-value is evidence against $H_0$. For example, $p$-value $= .016$ means that the chance of observing a value of $F$ as large as we did when the null hypothesis was true is only 1.6%; we usually reject $H_0$ in such cases. If the $p$-value $= .314$, then the chance of observing a value of the $F$ statistic as large as we did under the null hypothesis is 31.4%. Most would find this to be pretty weak evidence against $H_0$.

**Question 4.5**

The data in ATTEND.RAW were used to estimate the two equations

$$\widehat{atndrte} = \underset{(2.87)}{47.13} + \underset{(1.09)}{13.37}\ priGPA$$
$$n = 680,\ R^2 = .183$$

and

$$\widehat{atndrte} = \underset{(3.88)}{75.70} + \underset{(1.08)}{17.26}\ priGPA - \underset{(?)}{1.72}\ ACT$$
$$n = 680,\ R^2 = .291,$$

where, as always, standard errors are in parentheses; the standard error for *ACT* is missing in the second equation. What is the $t$ statistic for the coefficient on *ACT*? (*Hint:* First compute the $F$ statistic for significance of *ACT*.)

As with $t$ testing, once the $p$-value has been computed, the $F$ test can be carried out at any significance level. For example, if the $p$-value = .024, we reject $H_0$ at the 5% significance level but not at the 1% level.

The $p$-value for the $F$ test in Example 4.9 is .238, and so the null hypothesis that $\beta_{motheduc}$ and $\beta_{fatheduc}$ are both zero is not rejected at even the 20% significance level.

Many econometrics packages have a built-in feature for testing multiple exclusion restrictions. These packages have several advantages over calculating the statistics by hand: we will less likely make a mistake, $p$-values are computed automatically, and the problem of missing data, as in Example 4.9, is handled without any additional work on our part.

## The $F$ Statistic for Overall Significance of a Regression

A special set of exclusion restrictions is routinely tested by most regression packages. These restrictions have the same interpretation, regardless of the model. In the model with $k$ independent variables, we can write the null hypothesis as

$$H_0: x_1, x_2, \ldots, x_k \text{ do not help to explain } y.$$

This null hypothesis is, in a way, very pessimistic. It states that *none* of the explanatory variables has an effect on $y$. Stated in terms of the parameters, the null is that all slope parameters are zero:

$$H_0: \beta_1 = \beta_2 = \ldots = \beta_k = 0, \qquad \textbf{4.44}$$

and the alternative is that at least one of the $\beta_j$ is different from zero. Another useful way of stating the null is that $H_0$: $E(y|x_1, x_2, \ldots, x_k) = E(y)$, so that knowing the values of $x_1, x_2, \ldots, x_k$ does not affect the expected value of $y$.

There are $k$ restrictions in (4.44), and when we impose them, we get the restricted model

$$y = \beta_0 + u; \qquad \textbf{4.45}$$

*all* independent variables have been dropped from the equation. Now, the $R$-squared from estimating (4.45) is zero; none of the variation in $y$ is being explained because there are no explanatory variables. Therefore, the $F$ statistic for testing (4.44) can be written as

$$\frac{R^2/k}{(1 - R^2)/(n - k - 1)}, \qquad \textbf{4.46}$$

where $R^2$ is just the usual $R$-squared from the regression of $y$ on $x_1, x_2, \ldots, x_k$.

Most regression packages report the $F$ statistic in (4.46) automatically, which makes it tempting to use this statistic to test general exclusion restrictions. You must avoid this temptation. The $F$ statistic in (4.41) is used for general exclusion restrictions; it depends on the $R$-squareds from the restricted and unrestricted models. The special form of (4.46) is valid only for testing joint exclusion of *all* independent variables. This is sometimes called determining the **overall significance of the regression.**

If we fail to reject (4.44), then there is no evidence that any of the independent variables help to explain $y$. This usually means that we must look for other variables to explain $y$. For Example 4.9, the $F$ statistic for testing (4.44) is about 9.55 with $k = 5$ and $n - k - 1 =$ 1,185 *df.* The $p$-value is zero to four places after the decimal point, so that (4.44) is rejected

very strongly. Thus, we conclude that the variables in the *bwght* equation *do* explain some variation in *bwght*. The amount explained is not large: only 3.87%. But the seemingly small $R$-squared results in a highly significant $F$ statistic. That is why we must compute the $F$ statistic to test for joint significance and not just look at the size of the $R$-squared.

Occasionally, the $F$ statistic for the hypothesis that all independent variables are jointly insignificant is the focus of a study. Problem 4.10 asks you to use stock return data to test whether stock returns over a four-year horizon are predictable based on information known only at the beginning of the period. Under the *efficient markets hypothesis*, the returns should not be predictable; the null hypothesis is precisely (4.44).

## Testing General Linear Restrictions

Testing exclusion restrictions is by far the most important application of $F$ statistics. Sometimes, however, the restrictions implied by a theory are more complicated than just excluding some independent variables. It is still straightforward to use the $F$ statistic for testing.

As an example, consider the following equation:

$$\log(price) = \beta_0 + \beta_1 \log(assess) + \beta_2 \log(lotsize) + \beta_3 \log(sqrft) + \beta_4 bdrms + u, \quad \textbf{4.47}$$

where

$price$ = house price.
$assess$ = the assessed housing value (before the house was sold).
$lotsize$ = size of the lot, in feet.
$sqrft$ = square footage.
$bdrms$ = number of bedrooms.

Now, suppose we would like to test whether the assessed housing price is a rational valuation. If this is the case, then a 1% change in *assess* should be associated with a 1% change in *price*; that is, $\beta_1 = 1$. In addition, *lotsize*, *sqrft*, and *bdrms* should not help to explain log(*price*), once the assessed value has been controlled for. Together, these hypotheses can be stated as

$$H_0: \beta_1 = 1, \beta_2 = 0, \beta_3 = 0, \beta_4 = 0. \quad \textbf{4.48}$$

Four restrictions have to be tested; three are exclusion restrictions, but $\beta_1 = 1$ is not. How can we test this hypothesis using the $F$ statistic?

As in the exclusion restriction case, we estimate the unrestricted model, (4.47) in this case, and then impose the restrictions in (4.48) to obtain the restricted model. It is the second step that can be a little tricky. But all we do is plug in the restrictions. If we write (4.47) as

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_3 + \beta_4 x_4 + u, \quad \textbf{4.49}$$

then the restricted model is $y = \beta_0 + x_1 + u$. Now, to impose the restriction that the coefficient on $x_1$ is unity, we must estimate the following model:

$$y - x_1 = \beta_0 + u. \quad \textbf{4.50}$$

This is just a model with an intercept ($\beta_0$) but with a different dependent variable than in (4.49). The procedure for computing the $F$ statistic is the same: estimate (4.50), obtain the

SSR ($SSR_r$), and use this with the unrestricted SSR from (4.49) in the $F$ statistic (4.37). We are testing $q = 4$ restrictions, and there are $n - 5$ $df$ in the unrestricted model. The $F$ statistic is simply $[(SSR_r - SSR_{ur})/SSR_{ur}][(n - 5)/4]$.

Before illustrating this test using a data set, we must emphasize one point: we cannot use the $R$-squared form of the $F$ statistic for this example because the dependent variable in (4.50) is different from the one in (4.49). This means the total sum of squares from the two regressions will be different, and (4.41) is no longer equivalent to (4.37). As a general rule, the SSR form of the $F$ statistic should be used if a different dependent variable is needed in running the restricted regression.

The estimated unrestricted model using the data in HPRICE1.RAW is

$$\begin{aligned}\widehat{\log(price)} &= \underset{(.570)}{.264} + \underset{(.151)}{1.043}\log(assess) + \underset{(.0386)}{.0074}\log(lotsize) \\ &\quad - \underset{(.1384)}{.1032}\log(sqrft) + \underset{(.0221)}{.0338}\,bdrms \\ n &= 88,\ SSR = 1.822,\ R^2 = .773.\end{aligned}$$

If we use separate $t$ statistics to test each hypothesis in (4.48), we fail to reject each one. But rationality of the assessment is a joint hypothesis, so we should test the restrictions jointly. The SSR from the restricted model turns out to be $SSR_r = 1.880$, and so the $F$ statistic is $[(1.880 - 1.822)/1.822](83/4) = .661$. The 5% critical value in an $F$ distribution with (4,83) $df$ is about 2.50, and so we fail to reject $H_0$. There is essentially no evidence against the hypothesis that the assessed values are rational.

## 4.6 Reporting Regression Results

We end this chapter by providing a few guidelines on how to report multiple regression results for relatively complicated empirical projects. This should help you to read published works in the applied social sciences, while also preparing you to write your own empirical papers. We will expand on this topic in the remainder of the text by reporting results from various examples, but many of the key points can be made now.

Naturally, the estimated OLS coefficients should always be reported. For the key variables in an analysis, you should ***interpret*** the estimated coefficients (which often requires knowing the units of measurement of the variables). For example, is an estimate an elasticity, or does it have some other interpretation that needs explanation? The economic or practical importance of the estimates of the key variables should be discussed.

The standard errors should always be included along with the estimated coefficients. Some authors prefer to report the $t$ statistics rather than the standard errors (and sometimes just the absolute value of the $t$ statistics). Although nothing is really wrong with this, there is some preference for reporting standard errors. First, it forces us to think carefully about the null hypothesis being tested; the null is not always that the population parameter is zero. Second, having standard errors makes it easier to compute confidence intervals.

$$\begin{aligned}\widehat{\log(salary)} = {} & 9.17 + .700\, top10 + .594\, r11_25 + .375\, r26_40 \\ & (.41) \quad (.053) \qquad (.039) \qquad (.034) \\ & + .263\, r41_60 + .132\, r61_100 + .0057\, LSAT \\ & (.028) \qquad (.021) \qquad (.0031) \\ & + .014\, GPA + .036 \log(libvol) + .0008 \log(cost) \\ & (.074) \qquad (.026) \qquad (.0251) \\ n = 136,\ & R^2 = .911, \bar{R}^2 = .905.\end{aligned} \tag{7.13}$$

We see immediately that all of the dummy variables defining the different ranks are very statistically significant. The estimate on *r61_100* means that, holding *LSAT*, *GPA*, *libvol*, and *cost* fixed, the median salary at a law school ranked between 61 and 100 is about 13.2% higher than that at a law school ranked below 100. The difference between a top 10 school and a below 100 school is quite large. Using the exact calculation given in equation (7.10) gives $\exp(.700) - 1 \approx 1.014$, and so the predicted median salary is more than 100% higher at a top 10 school than it is at a below 100 school.

As an indication of whether breaking the rank into different groups is an improvement, we can compare the adjusted $R$-squared in (7.13) with the adjusted $R$-squared from including *rank* as a single variable: the former is .905 and the latter is .836, so the additional flexibility of (7.13) is warranted.

Interestingly, once the rank is put into the (admittedly somewhat arbitrary) given categories, all of the other variables become insignificant. In fact, a test for joint significance of *LSAT*, *GPA*, log(*libvol*), and log(*cost*) gives a $p$-value of .055, which is borderline significant. When *rank* is included in its original form, the $p$-value for joint significance is zero to four decimal places.

One final comment about this example. In deriving the properties of ordinary least squares, we assumed that we had a random sample. The current application violates that assumption because of the way *rank* is defined: a school's rank necessarily depends on the rank of the other schools in the sample, and so the data cannot represent independent draws from the population of all law schools. This does not cause any serious problems provided the error term is uncorrelated with the explanatory variables.

## 7.4 Interactions Involving Dummy Variables

### Interactions among Dummy Variables

Just as variables with quantitative meaning can be interacted in regression models, so can dummy variables. We have effectively seen an example of this in Example 7.6, where we defined four categories based on marital status and gender. In fact, we can recast that model by adding an **interaction term** between *female* and *married* to the model where *female* and *married* appear separately. This allows the marriage premium to depend on gender, just as it did in equation (7.11). For purposes of comparison, the estimated model with the *female-married* interaction term is

$$\begin{aligned}\widehat{\log(wage)} = {} & .321 - .110\, female + .213\, married \\ & (.100) \quad (.056) \qquad (.055) \\ & - .301\, female \cdot married + \ldots,\end{aligned} \tag{7.14}$$

where the rest of the regression is necessarily identical to (7.11). Equation (7.14) shows explicitly that there is a statistically significant interaction between gender and marital status. This model also allows us to obtain the estimated wage differential among all four groups, but here we must be careful to plug in the correct combination of zeros and ones.

Setting *female* = 0 and *married* = 0 corresponds to the group single men, which is the base group, since this eliminates *female*, *married*, and *female·married*. We can find the intercept for married men by setting *female* = 0 and *married* = 1 in (7.14); this gives an intercept of .321 + .213 = .534, and so on.

Equation (7.14) is just a different way of finding wage differentials across all gender–marital status combinations. It allows us to easily test the null hypothesis that the gender differential does not depend on marital status (equivalently, that the marriage differential does not depend on gender). Equation (7.11) is more convenient for testing for wage differentials between any group and the base group of single men.

**Example 7.9**

**[Effects of Computer Usage on Wages]**

Krueger (1993) estimates the effects of computer usage on wages. He defines a dummy variable, which we call *compwork*, equal to one if an individual uses a computer at work. Another dummy variable, *comphome*, equals one if the person uses a computer at home. Using 13,379 people from the 1989 Current Population Survey, Krueger (1993, Table 4) obtains

$$\begin{aligned}\widehat{\log(wage)} &= \hat{\beta}_0 + \underset{(.009)}{.177}\ compwork + \underset{(.019)}{.070}\ comphome \\ &\quad + \underset{(.023)}{.017}\ compwork \cdot comphome + other\ factors.\end{aligned} \tag{7.15}$$

(The other factors are the standard ones for wage regressions, including education, experience, gender, and marital status; see Krueger's paper for the exact list.) Krueger does not report the intercept because it is not of any importance; all we need to know is that the base group consists of people who do not use a computer at home or at work. It is worth noticing that the estimated return to using a computer at work (but not at home) is about 17.7%. (The more precise estimate is 19.4%.) Similarly, people who use computers at home but not at work have about a 7% wage premium over those who do not use a computer at all. The differential between those who use a computer at both places, relative to those who use a computer in neither place, is about 26.4% (obtained by adding all three coefficients and multiplying by 100), or the more precise estimate 30.2% obtained from equation (7.10).

The interaction term in (7.15) is not statistically significant, nor is it very big economically. But it is causing little harm by being in the equation.

## Allowing for Different Slopes

We have now seen several examples of how to allow different intercepts for any number of groups in a multiple regression model. There are also occasions for interacting dummy variables with explanatory variables that are not dummy variables to allow for a

## Using Trending Variables in Regression Analysis

Accounting for explained or explanatory variables that are trending is fairly straightforward in regression analysis. First, nothing about trending variables necessarily violates the classical linear model assumptions TS.1 through TS.6. However, we must be careful to allow for the fact that unobserved, trending factors that affect $y_t$ might also be correlated with the explanatory variables. If we ignore this possibility, we may find a spurious relationship between $y_t$ and one or more explanatory variables. The phenomenon of finding a relationship between two or more trending variables simply because each is growing over time is an example of a **spurious regression problem**. Fortunately, adding a time trend eliminates this problem.

For concreteness, consider a model where two observed factors, $x_{t1}$ and $x_{t2}$, affect $y_t$. In addition, there are unobserved factors that are systematically growing or shrinking over time. A model that captures this is

$$y_t = \beta_0 + \beta_1 x_{t1} + \beta_2 x_{t2} + \beta_3 t + u_t. \quad \boxed{10.31}$$

This fits into the multiple linear regression framework with $x_{t3} = t$. Allowing for the trend in this equation explicitly recognizes that $y_t$ may be growing ($\beta_3 > 0$) or shrinking ($\beta_3 < 0$) over time for reasons essentially unrelated to $x_{t1}$ and $x_{t2}$. If (10.31) satisfies assumptions TS.1, TS.2, and TS.3, then omitting $t$ from the regression and regressing $y_t$ on $x_{t1}$, $x_{t2}$ will generally yield biased estimators of $\beta_1$ and $\beta_2$: we have effectively omitted an important variable, $t$, from the regression. This is especially true if $x_{t1}$ and $x_{t2}$ are themselves trending, because they can then be highly correlated with $t$. The next example shows how omitting a time trend can result in spurious regression.

**Example 10.7**

**[Housing Investment and Prices]**

The data in HSEINV.RAW are annual observations on housing investment and a housing price index in the United States for 1947 through 1988. Let *invpc* denote real per capita housing investment (in thousands of dollars) and let *price* denote a housing price index (equal to 1 in 1982). A simple regression in constant elasticity form, which can be thought of as a supply equation for housing stock, gives

$$\begin{aligned}\widehat{\log(invpc)} &= -.550 + 1.241 \log(price) \\ &\quad\ \ (.043) \quad\ (.382) \\ n &= 42, R^2 = .208, \bar{R}^2 = .189.\end{aligned} \quad \boxed{10.32}$$

The elasticity of per capita investment with respect to price is very large and statistically significant; it is not statistically different from one. We must be careful here. Both *invpc* and *price* have upward trends. In particular, if we regress log(*invpc*) on $t$, we obtain a coefficient on the trend equal to .0081 (standard error = .0018); the regression of log(*price*) on $t$ yields a trend coefficient equal to .0044 (standard error = .0004). Although the standard errors on the trend coefficients are not necessarily reliable—these regressions tend to contain substantial serial correlation—the coefficient estimates do reveal upward trends.