# EXHIBIT G

# [FILED UNDER SEAL]

## Jeremy M. Duggan

| | |
|---|---|
| **From:** | SD_Calendar <SD_Calendar@veritext.com> |
| **Sent:** | Friday, September 04, 2015 9:17 AM |
| **To:** | Ron C. Finley; Peggy Chen; hartley@stuevesiegal.com; dhoward@MinamiTamaki.com; gretchen.jankowski@bipc.com; joanna.rosen@lw.com; yichin.ho@lw.com |
| **Cc:** | Remington Lenton-Young |
| **Subject:** | FW: Errata Sheets for Job. Nos. 2092580 and 2092598, Deposition of Jui-Huang Lu |
| **Attachments:** | Jui-Huang Lu Deposition Errata Sheet July 22 2015.pdf; Jui-Huang Lu Deposition Errata Sheet July 21 2015.pdf |

To Whom It May Concern,

Attached, please find the Errata Sheets for Job. Nos. 2092580 and 2092598, the Deposition of Jui-Huang Lu that took place on July 21 and 22, 2015 in Taipei, Taiwan. The case is: Fond Du Lac Bumper Exchange, Inc. et al. v. Jui Li Enterprise Company, Ltd., et al. in the Eastern District of Wisconsin, Case No. 2:09-CV-00852-LA.

Best regards,

**Heather Richards, MBA**
**Calendar/Client Services**

**VERITEXT**
550 W. C St, Suite 800 | San Diego, CA 92101
**P** 619.231.0403 | **F** 619.923.2426
hrichards@veritext.com
www.veritext.com

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Fond du Lac Bumper Exchange, Inc., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Jui Li Enterprise Company, Ltd., *et al.*,<br><br>Defendants. | Case No. 2:09-CV-00852-LA<br><br>Consolidated with: |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jui Li Enterprises Company Ltd., *et al.*,<br><br>Defendants. | Case No. 2:14-CV-1061-LA |
| Fireman's Fund Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Jui Li Enterprise Company, Ltd. *et al.*,<br><br>Defendants. | Case No. 2:13-CV-00987-LA |

**ERRATA SHEET**
**Veritext Legal Solutions**
**866-299-5127**

**Case:** Fond Du Lac Bumper Exchange, et al. v. Jui Li Enterprise Co. Ltd., et al.
**Date:** July 21, 2015 (Vol. I)
**Witness:** Jui-Huang Lu
**Job No.:** 2092580

| Page | Line | Reads | Should Read | Explanation |
|---|---|---|---|---|
| 58 | 16-18 | That's why we got together to -- to try to find a way to lower the cost in order to increase the profit. | Therefore we wanted to lower the cost. Lowering the costs would then increase the revenues. | Translation error |
| 85 | 4-7 | And it was not until this litigation in the United States was brought did we know that this was against the United States laws, and we did not have such knowledge. | And it was not until this litigation in the United States was brought did we know that this may be against the United States laws, and we did not have such knowledge. | Translation error/clarification |

ACKNOWLEDGMENT OF DEPONENT

I, Jui Huang Lu, do hereby acknowledge the foregoing pages of testimony were translated and read to me and that I understand their contents, and that they are a true, correct and complete transcription of the testimony given by me, and any changes or corrections, if any, appear in the foregoing errata sheet signed by me.

Dated: 9/1/2015 呂瑞星

JUI HUANG LU



Case 2:09-cv-00852-LA Filed 01/05/16 Page 4 of 6 Document 842-7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| Fond du Lac Bumper Exchange, Inc., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Jui Li Enterprise Company, Ltd., *et al.*,<br><br>Defendants. | ) | Case No. 2:09-CV-00852-LA<br><br>Consolidated with: |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jui Li Enterprises Company Ltd., *et al.*,<br><br>Defendants. | ) | Case No. 2:14-CV-1061-LA |
| Fireman's Fund Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Jui Li Enterprise Company, Ltd. *et al.*,<br><br>Defendants. | ) | Case No. 2:13-CV-00987-LA |

**ERRATA SHEET**
**Veritext Legal Solutions**
**866-299-5127**

**Case:** Fond Du Lac Bumper Exchange, et al. v. Jui Li Enterprise Co. Ltd., et al.
**Date:** July 22, 2015 (Vol. II)
**Witness:** Jui-Huang Lu
**Job No.:** 2092598

| Page | Line | Reads | Should Read | Explanation |
|---|---|---|---|---|
| 264 | 22-23 | Today we are faced with this case about violating the United States law. | Today, there is this case for violating U.S. law. | Translation error |
| 265 | 3-6 | Relatively speaking we are in backwaters regarding United States law, especially for people in this business in this industry. | [I] really didn't know about it. Taiwan is a backwater. This [is] U.S. Law and we in this industry really didn't know about it. | Translation error / clarification |
| 266 | 14-15 | And besides we did not know that was a violation of the United States. | And besides we did not know there were matters violating U.S. law | Translation error |
| 267 | 12-13 | No. 1, we honestly did not know we were in violation of United States law. | Firstly, we didn't know whether violated the U.S. laws. We really didn't know this. | Translation error |

ACKNOWLEDGMENT OF DEPONENT

I, Jui Huang Lu, do hereby acknowledge the foregoing pages of testimony were translated and read to me and that I understand their contents, and that they are a true, correct and complete transcription of the testimony given by me, and any changes or corrections, if any, appear in the foregoing errata sheet signed by me.

Dated: 9/1/2015 ______________________



Case 2:09-cv-00852-LA Filed 01/05/16 Page 6 of 6 Document 842-7