**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>Defendants. | CASE NO. 2:09-CV-00852-LA |
| Fireman's Fund Insurance Company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>Defendants. | CASE NO. 2:13-CV-00987-LA |
| National Trucking Financial Reclamation Services, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>Defendants. | CASE NO. 2:14-CV-01061-LA |

**DEFENDANTS AUTO PARTS INDUSTRIAL, LTD., CORNERSTONE AUTO PARTS, LLC AND JUI LI ENTERPRISE COMPANY, LTD.'S MOTION TO EXCLUDE EXPERT TESTIMONY**

Defendants Auto Parts Industrial, Ltd., Cornerstone Auto Parts, LLC and Jui Li Enterprise Company, Ltd. ("Defendants") hereby move to exclude the expert testimony provided by Dr. Russell Lamb in support of Direct Purchaser Plaintiffs' Motion for Class Certification.

Defendants request that the Court strike the July 14, 2015 Expert Report of Russell Lamb (Dkt. No. 712-1) and the November 24, 2015 Expert Reply Report of Russell L. Lamb, Ph.D. (Dkt. No. 813-1) due to their unreliability and failure to satisfy the requirements and standards set out in Federal Rule of Evidence 702 and related case law, including *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

This motion is made pursuant to Federal Rule of Evidence 702, and the Court's inherent power.

This motion is based upon the Memorandum in Support served herewith, the accompanying Declaration of Justin T. Beck and Proposed Order, the Court File, and any and all other documentary or oral evidence that may be presented in support of this Motion.

January 5, 2016

Respectfully submitted,

**ATTORNEYS FOR DEFENDANTS**

s/ *Justin T. Beck*
Justin T. Beck
Ronald C. Finley
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd., 10th Floor
San Jose, CA 95113
Telephone: (408) 938-7900
Facsimile: (408) 938-0790
Email: jbeck@beckllp.com
rfinley@beckllp.com

*Attorneys for Defendant Jui Li Enterprise Co., Ltd.*

s/ *Gretchen L. Jankowski*
Gretchen L. Jankowski
Cindy Hinkle
Wendelynne J. Newton
BUCHANAN INGERSOLL & ROONEY PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: gretchen.jankowski@bipc.com
cindy.hinkle@bipc.com
wendelynne.newton@bipc.com

*Attorneys for Defendants Auto Parts Industrial, Ltd. and Cornerstone Auto Parts, LLC*