**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>Defendants. | CASE NO. 2:09-CV-00852-LA |
| Fireman's Fund Insurance Company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>Defendants. | CASE NO. 2:13-CV-00987-LA |
| National Trucking Financial Reclamation Services, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>Defendants. | CASE NO. 2:14-CV-01061-LA |

**[PROPOSED] ORDER GRANTING DEFENDANTS AUTO PARTS INDUSTRIAL, LTD., CORNERSTONE AUTO PARTS, LLC AND JUI LI ENTERPRISE COMPANY, LTD.'S MOTION TO EXCLUDE EXPERT TESTIMONY**

Upon consideration of Defendants Auto Parts Industrial, Ltd., Cornerstone Auto Parts, LLC and Jui Li Enterprise Company, Ltd.'s ("Defendants") Motion to Exclude Expert Testimony, the Court hereby **GRANTS** Defendants' motion and **ORDERS** that the July 14, 2015 Expert Report of Russell Lamb (Dkt. No. 712-1) and the November 24, 2015 Expert Reply Report of Russell L. Lamb, Ph.D. (Dkt. No. 813-1) filed in support of Direct Purchaser Plaintiffs' Motion for Class Certification be stricken from the record.

Dated at Milwaukee, Wisconsin this ___ day of __________, 2016.

______________________
LYNN ADELMAN
United States District Court Judge