**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Fond du Lac Bumper Exchange, Inc., on behalf of itself and all others similarly situated, Plaintiff, vs. Jui Li Enterprise Company, Ltd., *et al.*, Defendants. | Case No. 2:09-CV-00852-LA<br>Consolidated with: |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated, Plaintiffs, vs. Jui Li Enterprises Company Ltd., *et al.*, Defendants. | Case No. 2:14-CV-1061-LA |
| Fireman's Fund Insurance Company, Plaintiff, vs. Jui Li Enterprise Company, Ltd. *et al.*, Defendants. | Case No. 2:13-CV-00987-LA |

**DECLARATION OF JUSTIN T. BECK IN SUPPORT OF DEFENDANTS AUTO PARTS INDUSTRIAL, LTD., CORNERSTONE AUTO PARTS, LLC AND JUI LI ENTERPRISE COMPANY, LTD.'S MOTION TO EXCLUDE EXPERT TESTIMONY**

I, Justin T. Beck, declare as follows:

1. I am a partner at the law firm of Beck, Bismonte & Finley LLP ("Beck LLP"). I am counsel for Defendant Jui Li Enterprise Co., Ltd. ("Jui Li"). This declaration is based on my personal knowledge and if called to testify, I would testify truthfully to the following.

2. Attached hereto as Exhibit A is a true and correct copy of pages from the transcript of the deposition of Dr. Russell Lamb in the above-captioned matter.

3. Attached hereto as Exhibit B is a true and correct copy of a 2012 Company Report on Tong Yang, produced to my office as part of information relied on by Dr. Russell Lamb in this matter.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced in this matter and Bates-numbered Cornerstone0281499-0281506.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced in this matter and Bates-numbered GABP0043597.

6. Attached hereto as Exhibit E is a true and correct copy of a 2011 Report on Tong Yang Industry, produced to my office as part of information relied on by Dr. Russell Lamb in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 5th day of January, 2016, in San Jose, California.

/s/ Justin T. Beck________
Justin T. Beck