| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>    Defendants. | Case No. 2:09-cv-00852-LA |

**SUR-REBUTTAL DECLARATION OF JESSICA N. SERVAIS IN FURTHER SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jessica N. Servais, declare as follows based on my personal knowledge:

1. I am an attorney at the law firm of Heins Mills & Olson, P.L.C., Co-Lead Counsel for Direct Purchaser Plaintiffs in the above-captioned action. This declaration is based on my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Surreply Report of Russell L. Lamb, Ph.D.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of Dr. Janusz Ordover dated November 9, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of January, 2016 in Minneapolis, Minnesota.

                                                            s/ *Jessica N. Servais*
                                                            Jessica N. Servais