| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated, | Case No. 2:09-cv-00852-LA |
| Plaintiffs, | |
| v. | Consolidated with: |
| Jui Li Enterprise Company, Ltd., et al., | |
| Defendants. | |
| Fireman's Fund Insurance Company, on behalf of itself and all others similarly situated, | |
| Plaintiff, | Case No. 2:13-cv-00987-LA |
| v. | |
| Jui Li Enterprise Company, Ltd., et al., | |
| Defendants. | |
| National Trucking Financial Reclamation Services, LLC, individually and on behalf of itself and all others similarly situated, | |
| Plaintiff, | Case No. 2:14-cv-1061-LA |
| v. | |
| Jui Li Enterprise Company Ltd., et al., | |
| Defendants. | |

**REPRESENTATIVE PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
<u>AGREEMENT WITH JUI LI ENTERPRISE COMPANY, LTD.</u>**

PLEASE TAKE NOTICE that Fireman's Fund Insurance Company and National Trucking Financial Reclamation Services, LLC ("Representative Plaintiffs"), individually and on behalf of the Settlement Class (as defined in the Settlement Agreement), by and through undersigned counsel, will, and hereby do, move this Court for entry of an order: (1) granting preliminary approval of the Settlement Agreement;[1] (2) approving the proposed Notice to the Settlement Class and the methods for dissemination of Notice set forth in the Notice Program;[2] (3) appointing Kurtzman Carson Consultants LLC ("KCC") as Notice Specialist and Claims Administrator; (4) certifying the Settlement Class for settlement purposes only; (5) appointing Fireman's Fund Insurance Company and National Trucking Financial Reclamation Services, LLC, as Representative Plaintiffs; (6) appointing Ben Barnow, Barnow and Associates, P.C., Michael L. Roberts, Roberts Law Firm, P.A., Daniel R. Karon, Karon LLC, Catherine R. Reilly, Cozen O'Connor, and Derek G. Howard, Howard Law Firm, as Co-Lead Settlement Class Counsel; (7) approving the Summary Postcard Notice, Summary Publication Notice, and Detailed Notice attached as Exhibits 1–3, respectively, to the Declaration of Carla A. Peak on Settlement Notice Plan and Notice Documents; and (8) scheduling a Final Fairness Hearing to consider entry of a final order approving the Settlement and the request for attorneys' fees, costs, expenses, and Representative Plaintiff incentive awards.

This motion is made on the grounds that the Settlement is within the range of possible approval sufficient to justify sending notice of the Settlement to the Settlement Class and holding a hearing to determine whether the Court should grant final approval of the Settlement.

---

[1] A copy of the Settlement is attached as Exhibit A to the Declaration of Ben Barnow, filed herewith.

[2] The Notice Program is set forth in the Declaration of Carla A. Peak on Settlement Notice Plan and Notice Documents, which is attached as Exhibit B to the Declaration of Ben Barnow.

This motion is based on the Memorandum in Support of Representative Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Agreement with Jui Li Enterprise Company, Ltd.; the Declaration of Ben Barnow and all exhibits attached thereto (including the Declaration of Carla A. Peak on Settlement Notice Plan and Notice Documents); and any documentary evidence that may be presented at hearing on this motion.

Dated: June 29, 2016

Respectfully submitted,

 s/ Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
Email: b.barnow@barnowlaw.com

Michael L. Roberts
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
Email: mikeroberts@robertslawfirm.us

Daniel R. Karon
KARON LLC
700 W. St. Clair Avenue, Suite 200
Cleveland, OH 44113
Telephone: (216) 622.1851
Facsimile: (216) 241-8175
Email: dkaron@karonllc.com

Catherine R. Reilly
COZEN O'CONNOR
1200 19th Street NW
Washington, DC 20036
Telephone: (202) 912-4800
Facsimile: (202) 640-5520
Email: creilly@cozen.com

Derek G. Howard
HOWARD LAW FIRM
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419
Email: derek@dhowlaw.com


*Proposed Co-Lead Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2016, I caused a true and correct copy of the foregoing document to be served upon counsel of record via the Court's ECF filing system.

       /s Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, PC
One North LaSalle Street, Suite 4600
Chicago, IL 60602
(312) 621-2000
b.barnow@barnowlaw.com