UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated,<br><br>      Plaintiffs,<br> v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>      Defendants. | Case No. 2:09-cv-00852-LA |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH JUI LI ENTERPRISE COMPANY, LTD.**

Direct Purchaser Plaintiffs ("DPPs"), by and through their undersigned counsel respectfully move this Court for an order (1) granting preliminary approval of a settlement (the "Settlement") with Jui Li Enterprise Company, Ltd.; (2) certifying a settlement class for purposes of the Settlement; (3) appointing Fond du Lac Bumper Exchange, Inc. and Roberts Wholesale Body Parts, Inc. as representatives of the settlement class, and Co-Lead Counsel and Liaison Counsel as Co-Lead Settlement Class Counsel and Liaison Settlement Class Counsel; (4) directing dissemination of notice of the Settlement to the members of the Class to give them the opportunity to exclude themselves from the class or object to the Settlement; and (5) setting a schedule for final approval of the Settlement.

This motion is made because the Settlement is within the range of possible approval sufficient to justify sending notice of the Settlement to the Class and holding a hearing to determine whether the Court should grant final approval of the Settlement.

This motion is based on the accompanying Memorandum in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement with Jui Li Enterprise Company, Ltd. and supporting declarations of Jason S. Hartley and Carla A. Peak, and on any documentary evidence that may be presented at hearing on this motion.

Dated:  November 15, 2017

Respectfully submitted,

s/ *Jason S. Hartley*
Jason S. Hartley
Jason M. Lindner
STUEVE SIEGEL HANSON, LLP
500 West C Street, Suite 1750
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400 5832
Email: hartley@stuevesiegal.com
       lindner@stuevesiegel.com

Vincent J. Esades
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com
       jservais@heinsmills.com

*Direct Purchaser Plaintiffs'*
*Co-Lead Counsel*

K. Scott Wagner (SBN 1004668)
KERKMAN WAGNER & DUNN
839 North Jefferson Street, Suite 400
Milwaukee, WI 53202
Telephone: (414) 277-8200
Facsimile: (414) 277-0100
Email: swagner@kwdlaw.com

*Direct Purchaser Plaintiffs'*
*Liaison Counsel*

2

Case 2:09-cv-00852-LA   Filed 11/15/17   Page 2 of 2   Document 1100