UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:09-cv-00852-LA |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH JUI LI ENTERPRISE COMPANY, LTD.**

PLEASE TAKE NOTICE that Direct Purchaser Plaintiffs ("Plaintiffs") respectfully move this Court for an order: (i) granting final approval of the settlement with Jui Li Enterprise Company, Ltd. ("Jui Li"); (ii) affirming certification of a Settlement Class and appointment of Vincent J. Esades of Heins Mills & Olson, P.L.C. and Jason S. Hartley of Stueve Siegel Hanson, LLP as Co-Lead Settlement Class Counsel and K. Scott Wagner of Kerkman Wagner & Dunn as Liaison Settlement Class Counsel; and appointment of Fond du Lac Bumper Exchange, Inc. and Roberts Wholesale Body Parts, Inc., as Class Representatives; and (iii) approving the Plan of Allocation for the settlement funds.

This motion is based on the accompanying Direct Purchaser Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of the Jui Li Settlement; Declaration of Carla A. Peak on Implementation and Overall Adequacy of Settlement Notice Plan; Direct Purchaser Plaintiffs' memorandum and declarations filed in support of Direct Purchaser Plaintiffs' motion for preliminary approval of the settlement and any accompanying exhibits (ECF Nos. 1101,

115454

1102, 1102-1, 1103, 1103-1, 1103-2); and on any evidentiary submissions that may be presented at hearing on this motion.

Dated: January 17, 2018

Respectfully submitted,

s/ *Jessica Servais*
Vincent J. Esades
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com
       jservais@heinsmills.com

Jason S. Hartley
Jason Lindner
STUEVE SIEGEL HANSON, LLP
500 West C Street, Suite 1750
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400 5832
Email: hartley@stuevesiegal.com
       jlindner@stuevesiegel

*Direct Plaintiffs' Interim Co-Lead Counsel*

K. Scott Wagner (SBN 1004668)
KERKMAN WAGNER & DUNN
839 North Jefferson Street, Suite 400
Milwaukee, WI 53202
Telephone: (414) 277-8200
Facsimile: (414) 277-0100
Email: swagner@kwdlaw.com

*Direct Plaintiffs' Interim Liaison Counsel*

2

115454