UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fond Du Lac Bumper Exchange, Inc., and Roberts Wholesale Body Parts, Inc. on Behalf of Themselves and Others Similarly Situated,<br><br>               Plaintiffs,<br>   v.<br><br>Jui Li Enterprise Company, Ltd., et al.,<br><br>               Defendants. | Case No. 2:09-cv-00852-LA |

## DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH AP AUTO PARTS INDUSTRIAL LTD., FORMERLY KNOWN AS AUTO PARTS INDUSTRIAL LTD., AND ITS WHOLLY OWNED SUBSIDIARY, CORNERSTONE AUTO PARTS, LLC

Direct Purchaser Plaintiffs ("DPPs"), by and through their undersigned counsel, respectfully move this Court for an order (1) granting preliminary approval of a settlement (the "Settlement") with AP Auto Parts Industrial Ltd., formerly known as Auto Parts Industrial Ltd., and its wholly owned subsidiary, Cornerstone Auto Parts, LLC.; (2) directing dissemination of notice of the Settlement to the members of the Class; and (3) setting a schedule for final approval of the Settlement.

This motion is made because the Settlement is within the range of possible approval to justify sending notice of the Settlement to the Class and holding a hearing to determine whether the Court should grant final approval of the Settlement.

This motion is based on the accompanying memorandum in support and the supporting declarations of Jason S. Hartley and Carla A. Peak, and on any documentary evidence that may be presented at any hearing on this motion.

114956

Dated: April 23, 2019                              Respectfully submitted,


                                                   s/ *Jason S. Hartley*
                                                   Jason S. Hartley
                                                   Jason M. Lindner
                                                   HARTLEY LLP
                                                   101 W. Broadway, Suite 820
                                                   San Diego, CA 92101
                                                   Telephone: (619) 400-5822
                                                   Facsimile: (619) 400 5832
                                                   Email: hartley@hartleyllp.com
                                                              lindner@hartleyllp.com

                                                   Vincent J. Esades
                                                   HEINS MILLS & OLSON, P.L.C.
                                                   310 Clifton Avenue
                                                   Minneapolis, MN 55403
                                                   Telephone: (612) 338-4605
                                                   Facsimile: (612) 338-4692
                                                   Email: vesades@heinsmills.com

                                                   *Direct Purchaser Plaintiffs'*
                                                   *Co-Lead Class Counsel*

                                                   K. Scott Wagner (SBN 1004668)
                                                   MALLERY & ZIMMERMAN, S.C.
                                                   731North Jackson Street, Suite 900
                                                   Milwaukee, WI 53202
                                                   Telephone: (414) 727-6270
                                                   Email: swagner@mzmilw.com

                                                   *Direct Purchaser Plaintiffs'*
                                                   *Liaison Class Counsel*